

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

RECEIVED

MAR 1 3 2023 *AK*

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

Vonsean K. Williams
#2021-11090025

_____

(Enter above the full name
of the plaintiff or plaintiffs in
this action)

1:23-cv-01572
Judge John F. Kness
Magistrate Judge Jeffrey T. Gilbert
PC 4
DIRECT

vs.

Cook County Department
of Corrections

_____

_____

_____

_____

Case No: _____
(To be supplied by the Clerk of this Court)

(Enter above the full name of ALL
defendants in this action. Do not
use "et al.")

**CHECK ONE ONLY:**

X     **COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983**
U.S. Code (state) county, or municipal defendants)

_____     **COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE**
**28 SECTION 1331 U.S. Code (federal defendants)**

_____     **OTHER** (cite statute, if known)

*BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR*
*FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.*

I.  **Plaintiff(s):**

A.   Name: _Vonsean K. Williams_

B.   List all aliases: _N/A_

C.   Prisoner identification number: _~~M491828~~ #2021-1109025_

D.   Place of present confinement: _Cook County Jail - CCDOC_

E.   Address: _2700 S California Ave, Chicago, IL 60608_

(If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

II.  **Defendant(s):**

(In **A** below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in **B** and **C**.)

A.   Defendant: _Cook County Department of Corrections_

Title: _Cook County Jail_

Place of Employment: _Cook County Jail_

B.   Defendant: _____

Title: _____

Place of Employment: _____

C.   Defendant: _____

Title; _____

Place of Employment: _____

(If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

2                                                        Revised 9/2007

III.   List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:

A.   Name of case and docket number: _Williams v. Cook County Department of Corrections, 22cv5024-22cv5024_

B.   Approximate date of filing lawsuit: _September 14, 2022_

C.   List all plaintiffs (if you had co-plaintiffs), including any aliases: _Vonsean K. Williams "myself"_

D.   List all defendants: _Cook County Department of Corrections_

E.   Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): _US District Court, 219 S Dearborn St - 20th Fl; Chicago, IL 60604_

F.   Name of judge to whom case was assigned: _Judge John F. Kness_

G.   Basic claim made: _N/A_

H.   Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): _Still pending_

I.   Approximate date of disposition: _Still pending_

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

Revised 9/2007

1. Name of case & docket #: Williams v. Department of Children's / Family Services (17cv4538)

B. Approximate date of filing suit: June 2017

C. List all plaintiff(s): Vonsean K. Williams (myself)

D. List all defendant(s): Glendora Marshall, Chris Cunningham, Jerry Garner, Howard Lee, Sonny Uhahanan, Carol Jones, Rita Williams, David Jarette, so many others

E. Court which the lawsuit was filed: United States District Court, 219 S Dearborn St; 20th Fl; Chicago, IL 60604

F. Name of judge whom was assigned to this case: Don't remember the name of judge

G. Basic claim made: No claim was established

H. Disposition of case: 1st time - the case was dismissed Then, a appeal was denied after 30 days

I. Approximate date of disposition: Spring 2018

A. Name of case & docket #: Williams v. Cook County Jail (17cv5656)

B. Approximate date of filing suit: June, 2017

C. List of Plaintiff(s): Vonsean K. Williams (myself)

D. List all defendants: Cook County Jail, Cook County Cermak, Livingston County Jail

E. Court which the lawsuit was filed: United States District Court, 219 S Dearborn St, 20th Fl; Chicago, IL 60604

F. Name of judge assigned to the case: I don't remember the judge's name

G. Basic claim made: No claim was made

H. Disposition of case: Case was dismissed

I. Approximate date of disposition: Fall 2017

A. Name of case & docket #: Williams v. Cook County Jail (17cv6955)

B. Approximate date of filing suit: Between Sept./Oct. 2017

C. List all plaintiff(s): Vonsean K. Williams (myself)

D. List all defendant(s): Cook County Jail, CRW McCoy

E. Court in which the lawsuit was filed: United States District Court, 219 S Dearborn St, 20th Fl; Chicago, IL 60604

F. Name of ~~case~~ judge who the case was assigned to: I don't remember the judge's name

G. Basic Claim made: $500 settlement

H. Disposition of this case: Settlement was made, won claim

I. Approximate date of disposition: Spring 2018

4, Name of case & docket #: Williams v. Menard C.C (18cv1693)
3. Approximate date of filing & lawsuit: August 2018
C. List all plaintiff(s): Vonsean K. Williams (myself), Maxwell
Marshall?, & social worker name I don't remember
). List all defendants: Menard C.C, P. Wilson, Sgt. Jones,
several other Menard C.C staff members.
E. Court which the lawsuit was filed: Northern
District of Illinois Eastern Division, 604 Monroe St,
Springfield, IL
F. Name of judge whom the case was assigned to:
Nancy Susanthell / Michael Chaney
4. Basic claim made: No claim made
H. Disposition of case: 1st time case dismissed &
denial for appeal after 10 days
I. Approximate date of disposition: January 2019

A. Name of case & docket #: Williams v. Elite Staffing 22cv 2405

B. Date of filing lawsuit: May 2022

1. List plaintiff(s): Vonslan R. Williams "myself"

2. List defendant(s): Elite Staffing

E. Court the lawsuit was filed: United States District Court, 219 S Dearborn St, 20th Floor Chicago, IL 60604

F. Name of assigned judge: Andrea R. Wood

G. Basic claim made: No claim made

H. Disposition of case: Still pending

I. Date of disposition: N/A "pending"

A. Name of case & docket #: Williams v. Cook County Department of Corrections. 22cv2431

B. Date of filing lawsuit: May 2022

C. List plaintiff(s): Vonsean K. Williams "myself"

D. List defendant(s): Cook County Department of Correction

E. Court the lawsuit was filed: United States District Court, 219 S Dearborn St, 20th Floor, Chicago, IL 60604

F. Name of assigned judge: John F. Knees

G. Basic claim made: No claim made

H. Disposition of case: Still pending

I. Date of disposition: N/A "pending"

A. Name of case & docket#: Williams v. Cook County Department of Corrections 22cv2461

B. Date of filing lawsuit: May 2022

C. List plaintiff(s): Vonsean K. Williams "myself"

D. List defendant(s): Cook County Department of Corrections

E. Court the lawsuit was filed: United States District Court, 219 S Dearborn St, 20th floor, Chicago, IL 60604

F. Name of assigned judge: John F. Knees

G. Basic claim made: No claim made

H. Disposition of case: Still pending

I. Date of disposition: N/A "pending"

**IV.    Statement of Claim:**

State here as briefly as possible the facts of your case. Describe how each defendant is involved, including names, dates, and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

I'm gone start this complaint by stating why I'm suing Cook County Department of Corrections "CCDOC" on 2700 S. California; Chicago, IL 60608. Specifically every sworn correctional officer job is to serve & protect & ensure no detainees safety is in line. To begin with, on April 6, 2022, between 8pm - 9:15pm @ Div. 9/1B tier bathroom, I were jumped by 3 other detainees while using the restroom; which C/o Fetts failed to protect me. Between April 12, 2022 thru April 14, 2022, day shift hours @ Div. 9/2C (Protective custody) tier. I were attacked by another detainee & (C/o Harris) failed to protect me from danger in jail, especially from protective custody, where as I were supposed to be free of physical assault from CCDOC staff(s) & detainees. On to August 16, 2022

4

Revised 9/2007

approximate 10:45 am @ Div 9/1E - cell 1001 "segregation", I were in the cell with a detainee who was not only sexually harassing me, but also trying to sexually assault me, where as the CCDOC staff(s) C/o Gallarzo, Sgt. Rudnick, Sgt. Valentin, & Sgt. Franzo failed to protect me from. Proceeding to other date(s) of failure to protect; On Div 9/3E-tier, I were being discipline for a fight due to having a cellmate who was not only trying to damage my legal work, but put my arm & trying to assault me with a soap-sock (Jailhouse weapon made of sock with a hard-soap bar). Knowingly, C/o's DeAngelis & Grayson failed to protect me after I constantly asked that I be removed from this cell & or tier. On segregation tier, on October 24, 2022 @ 4:30 pm in Div 9/1E tier, while I were on house alone/out alone - due to being from protective custody. Not only I still had the protective custody uniform on, they

5                                                    Revised 9/2007

~~officer~~ "C/o's Kazmerczak & Jackson" proceeded to placed a general population detainee in the cell with me knowing I were in protective custody. Now, that detainee came in the cell & assaulted me & I were maced when I'm not only a assault victim & I have bronchitis, which caused me to hyperventilate & unable to breathe without my breathilizer (asthma pump). C/o Kazmerczak & Jackson, as well as Sgt. Mochocki failed to take proper precautions & procedures to protect me from danger. As of October 26, 2022 on Div. 9/1E segregation tier, from 11pm-7am, a detainee that came in the cell with me told Sgt. Gates & C/o's Colon & Reeves that he's going to kill me if we are in the cell together because I came from protective custody. While we been in the together, the detainee attempted to stabbed me, & we were fighting that whole shift because Sgt. Gates & C/o's Reeves & Colon failed to protect & led my safety to keep being in danger. Finally, the detainee left, & Sgt. Taylor, C/o's Tellado & DeFrancisco & Lt. Zurella seperated us & was told what happened. Later that, I spoke with the Super Intendent Martinez about these occuring situations about my safety being in danger & how the CCDOC staffs failed to protect me by any means necessary & neglect my well-being every way possible & he didn't handle the situation with suffiency & showed no remorse. The biggest danger was on Div. 9/2C tier dated Jan 10, 2023 between 8:30am - 10:50am, C/o Cazzi let me out my cell, which I don't know why & he left the tier for a long period of time, & I were being attacked by 5 different detainees, & several times from the tier bathroom & twice in the dayroom, I were attacked by

5 different detainees. After the fact, I requested protective custody because of the assault & my safety in danger. When Sgt. Valentin interviewed me, he accused me of lying until he reviewed the cameras & seen how C/o Cozzi failed to protected from being pounced on by multiple detainees & putting my safety in great danger. Instead of placing me in protective custody, I go to segregation when I'm the victim of being attacked & the detainees who attacked me go un-punished? Later that day, I get transferred to segregation - Div. 9/1G tier @ 5:30pm, while still handcuffed, I were attacked by a detainee while coming in the cell. C/o's Marquez & Bakowski failed to protect me & it led to me being assaulted while handcuffed. On January 13, 2023 @ Div.9/1G segregation, the detainee that I were in the cell with bit my left hand off, that left a infected bacteria, it was prefusely bleeding, bubbling with pus & the blood was changing colors, & it was led to C/o Ajmal failure to protect me. Hench, as I report my safety being at risk by grievances, OPR forms, police reports, however else way to report a incident & or my safety being in danger, all sworn C/o's of CCDOC institution failed to protect when it is their jobs to serve & protect & not neglect a detainee plea for help when their safety is danger & in jepardy. There were times when I were placed on tiers & detainees throw human body fluids (urine & feces) at me. I feel like my back is against the wall & none of the staffs(s) at CCDOC doing their job to save me from being attacked. In the CCDOC handbook, it says "not only CCDOC staff(s) are to serve/protect & to keep all

detainees safe, but if you are in danger, then tell the
CCDOC staff member you do not feel safe!! If that
doesn't work, you can be provided grievances & OPR
complaint form if you feel as your safety is in danger!"
"Furthermore, the Super Intendent & I.A can
provide you protective custody to ensure your safety is
not in danger & will enforce actions if your safety is
in any form of harm".

Vonean K. Williams
#20211109025
Div. 10/2C- cell 9
PO Box 089002
Chicago, ILL 60608

Dear Legal Officials,

Greetings, my name is Vonean K. Williams. The reason for writing this letter & requesting your attention because I need someone to represent me on these lawsuits I'm pursuing & or give me resources & or refrences to law firms that will.

For starters, what type of work you guys do? If you guys do any type of legal work for civil & or law suits, what does it takes to have any type of representation?

My first issue is when I were incarcerated a Cook County Jail back in 2020, I was on Div. 9/ 2C tier on May 31st 2020; & I were not only jumped by jail detainees, I also got choked to unconsiousness while being held down & got my pants pulled down & a act of jail sodomization was committed when a detainee pull my pants down

& spit saliva between my buttocks. It was an surveillance & no charges were pressed.

Second note, on January 4, 2022 thru January 7, 2022, in Div. 10/2C tier, I were incarcerated, during the coronavirus pandemic & I were housed in segregation during the coronavirus pandemic which created a unsafe environment. Cook County Jail failed to give us all detainees hand sanitizer, soap, cleaning supplies, bleach, masks & other safety materials in the beginning stages of coronavirus pandemic. Back to being housed in segregation during coronavirus pandemic, not only it's a unsafe environment, its violates the Amendments of being solitary confined under a solitary confinement during imminent danger & a time of war.

Thus, while & since being incarcerated in Cook County Jail, the jail housing environment standards are very poor, living conditions is very poor. During my incarceration here, I've been housed in a cell with a malfunctioning toilet, lead in water or water doesn't cut on, cell nasty & unsanitary, tier dayroom has gassly smoke coming out the vents (I have bronchitis) &

the Cook County Jail was serving meals with rat pellets & meals that's not properly wrapped or concealed properly. It is mold & bacteria everywhere.

Furthermore, while working @ Elite Staffing on 1215 W Roosevelt Rd in Forest Park Il from March 2, 2021 thru June 30, 2020. On the date of June 29th, 2020 & time "9:08 pm", @ the site I were assigned to (Premier Productions in Universal Park, Il) I not only injured my arm in a unsafe work environment, another employee pulled **a** steak knife while exchanging words against each other & I were terminated without work compensation after my life & safety were threatened & my injury to my arm. I spoke with the Director, Supervisor & the Assistant Director of Elite Staffing (both phone & via e-mail) explaining what happened & they still had me terminated. I spoke with the employee discrimination, hotline & they couldn't do anything about it. Thereafter, I spoke with Brenda Gay (phone & via e-mail) about the situation & the occurance of the event, yet I were still denied worker's compensation after I injured my

Read Back/Continue →

arm on the job. site. I believe I were discriminated, the punishment is unjust & cruel.

Last, but not least, I rented a room to temporary stay @ Ewing Hotel Annex on 426 ❍S Clark St in Chicago, ❍J 60605. For information, when any tentant buys u can time a place to stay, the place lights shall be working, no holes, no bugs, no bacteria/mald, etc. As I were staying there, I experience a lot of bed bugs, roaches, mald/bacteria in shower, etc. Though I clean my living space, it does nothing to get rid of bed bugs, nor the roaches. I bought this problem/cancern to the Ewing Hotel Annex Owner & Director, they done nothing about it. At the time, this the only place I can call home & afford to live. I'm spending hard-earned on a place that's unsuitable for anyone to stay, ❍ we all who's paying to stay there are being extorted out of aur money to stay in ❍a place full of roaches, bed bugs, soiled bed/bed sheets, holes everywhere, mald/bacteria & harmures in the room ceiling as we are chickens in the chicken horn. That's real pain & suffering &

ruel & unusual punishment. & written complaints with housing managers in housing programs & contact them (phone & via e-mail).

* & hope you can help, my pleas & reasoning to pursue every civil/lawsuit is righteous & just. & want to be assisted by the right law yers to serve & protect & be compensated, as well as giving you guys good reception, so you can be praised for your hardwork.

Thank You

Vonsean K. Williams

Several other lawyers denied me to receive any legal assistance!!



**COOK COUNTY SHERIFF'S OFFICE**
**OFFICE OF PROFESSIONAL REVIEW**
**COMPLAINT REGISTER**

## GENERAL INFORMATION

| NAME (LAST, FIRST, M.I.): Williams, Vonsean K | AGE: 27 | DATE OF BIRTH: 10-24-95 | HOME #: | WORK/OTHER # | HOME ADDRESS: 2700 S California | CITY: Chicago |
|---|---|---|---|---|---|---|
| STATE: IL | ZIP CODE: 60608 | | STATE IDENTIFICATION/DRIVER LICENSE #: IL | | STATE OF ISSUANCE: IL | |

**I HAVE BEEN NOTIFIED THAT, PURSUANT TO 50 ILCS 725 3.8(b), ANYONE FILING A COMPLAINT AGAINST A SWORN PEACE OFFICER MUST HAVE THE COMPLAINT SUPPORTED BY A SWORN AFFIDAVIT.**

## COMPLAINT INFORMATION

DATE OF INCIDENT: From 1/10/23 to 1/13/23

TIME OF INCIDENT: 8:55pm to 4:30am

LOCATION OF INCIDENT: Div. 9/2C & Div.9/1G "Segregation"

PROVIDE NAMES, BADGE NUMBERS, SQUAD NUMBER OR LICENSE PLATE, and/or PHYSICAL DESCRIPTION OF THE OFFICER AGAINST WHOM YOU WISH TO FILE THE COMPLAINT:

Adjustment Committee staffs, c/o's (Ajmal, Cozzi, Marquez 02, Bakowski) Sgt. Valentin, Lt. Latham, Sgt, Szul, Lt. Deanes

## WITNESS INFORMATION
*(Provide contact information for any witnesses you wish to be contacted during the investigation.)*

| NAME: | ADDRESS: | CITY: | STATE: | ZIP: | HOME PHONE #: |
|---|---|---|---|---|---|
| NAME: | ADDRESS: | CITY: | STATE: | ZIP: | HOME PHONE #: |
| NAME: | ADDRESS: | QTY: | STATE: | ZIP: | HOME PHONE #: |
| NAME: | ADDRESS: | CITY: | STATE: | ZIP: | HOME PHONE #: |
| NAME: | ADDRESS: | CITY: | STATE: | ZIP: | HOME PHONE #: |

## NARRATIVE
*(Provide a full detailed account of your complaint and the nature of the incident)*

For beginners, at Div.9/2C tier on 1/10/23 during 7am - 3pm shift, c/o Cozzi failed to protect me when I were jumped & attacked by 5 different detainees from 8:50am - 10:30am. He left the bubble & I were jumped & attacked 3x's during this time span. When I requested to go to protective custody, I were thrown in segregation at 5:30pm. On the second note, at 5:30pm when I were transferred to Div.9/1G - 1089 cell, I were not only still handcuffed to the back, but a detainee attacked me after he informed c/o ☐☐ Read More

☑ CONTINUE ON ADDITIONAL PAGE

Marquez that he is going to attacked me if I come in the cell" so I got punched 2x's in the facial area, which were a result from C/O Marquez from failing to protect me. Last but not least, in Div. 9/1G-cell 1282 on 1/13/23 around 4:30 am a cellmate, that was in the cell with me had a mental breakdown & he charged me & bit my left hand that not only left a nasty bacterial infection, but a numb, brittle bone. I were left unprotected by C/O Ajmal. The CCDOC Adjustment Commitee Staffs, C/o (Ajmal, Cozzi, Marquez 02, Bakowski) Sgt. Valentin, Lt. Latham, Sgt. Szul & Lt. Deanes, left me unprotected from the assaults by the detainees, failed to protect me, my life is in DANGER & they all still don't show no remorse & failed to placed me in protective custody!!

PLEASE BE AWARE THAT IF YOU ALLEGE INJURIES AS A RESULT OF THIS INCIDENT, DUE TO FEDERAL PRIVACY LAWS ON THE RELEASE OF MEDICAL RECORDS, YOU MUST PROVIDE COPIES OF YOUR RELEVANT MEDICAL RECORDS REGARDING ANY EXAMINATION OR TREATMENT TO THE SHERIFF'S OFFICE INVESTIGATING UNIT TO BE MADE PART OF THE INVESTIGATION.

I have read this statement that I have voluntarily made, consisting of _2_ pages, and I solemnly swear that the facts and allegations are true and correct to the best of my knowledge.

| COMPLAINANT'S SIGNATURE: | PRINT NAME: Vonsean L. Williams | DATE: 1/23/23 |

State of Illinois

County of Cook

Signed and sworn to before me on _JANUARY 23, 2023_ (date) by _VONSEAN WILLIAMS_ (name of person).

OFFICIAL SEAL
M GAUTHIER
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES: 5/10/2025
(seal)

_____
Signature of notary public

A person commits PERJURY when, under oath or affirmation, in a proceeding or in any other matter where by law such oath or affirmation is required, he makes a false statement, material to the issue or point in question, which he does not believe to be true. PERJURY IS A CLASS 3 FELONY.

Please email/mail a completed, signed and notarized complaint form to:
Email: CCSO.OPR@CookCountyIL.Gov
Mail: Office Of Professional Review
3026 South California Ave
Chicago IL, 60608

(FCN-16)(MAR 17)

Dear Humans Rights Authority,

I'm Versean K. Williams, incarcerated @ Cook County Jail, I'm writing this letter to inform you that I not only written a letter to you before about how I were assaulted & sodomized by 4 detainees on 5/31/20 & now I'm writing how I've been on multiple occasions been attacked by multiple detainees & C/O's all failed to protect me from being jumped repeatedly by numerous detainees & on 1/15/23 in Div. 9, I were brutally beaten by 7 or 8 different C/O's that led to me having a broken nose, swollen eye & a trip to Stroger's Hospital for 3 1/2 days. I even had a few occasions where as I've been bitten on my body & hand & CCDOC failed to protect me, & get tested for H.I.V & any other diseases, now I have a brittle thumb bone. My legal mail & documents been consistently destroyed, misplaced & played with from the mail room, & my property. I then had it where as my court order Law Library & services condition is not being met & I went 2 months without being court order (May - June 2022). While I were @ Stroger's Hospital, my confidentiality were broken when I'm being recorded by CCDOC & the HEAP Law was supposed to be re-inforced. I'm asking if you can please help me, I need your help. Thank you.

Versean K. W

OFFICIAL SEAL
M GAUTHIER
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES: 5/10/2025
NOTARY



# COOK COUNTY SHERIFF'S OFFICE
# FREEDOM OF INFORMATION ACT REQUEST

DATE REQUESTED: October 24, 2022

**REQUESTOR NAME:** Vonsean Keuntae Williams
FIRST / MIDDLE / LAST

**ADDRESS:** 2700 S California Ave Chicago IL 60608
NUMBER / STREET / APT. NUMBER / CITY / STATE / ZIP CODE

**DAY PHONE NUMBER:** _____ **CELL PHONE NUMBER:** _____

**FAX NUMBER:** _____ **E-MAIL ADDRESS:** _____

**REQUEST SUBMITTED BY:** ☒ IN PERSON ☒ U.S. MAIL ☐ E-MAIL ☐ FAX

**RECORDS SOUGHT** (*please provide as much specific detail as possible so the public body can identify the information that you are seeking. You may attach additional pages, if necessary*):

**CASE/REPORT#** 2021-1109025 **CASE/REPORT TYPE** Grievance / OPR is

**ADDITIONAL INFORMATION**
(Please include all Pertinent information such as *DATE OF BIRTH, SOCIAL SECURITY NUMBER*, etc. that can assist in expediting this request)

I need copies of all grievances from 1-1-22 thru 10-31-22 Also, copies of all written OPR is from Jan. 2022 thru 10.31.22

**IS THIS REQUEST BEING MADE FOR A COMMERCIAL PURPOSE:** ☐ YES ☒ NO
*It is a violation of the Freedom of Information Act for a person to knowingly obtain a public record for a commercial purpose without disclosing that it is for a commercial purpose, if requested to do so by the public body. 5 ILCS 140.3.1(c).*

**PLEASE RETURN YOUR REQUEST IN PERSON, VIA U.S. MAIL, E-MAIL OR FAX TO:**

COOK COUNTY SHERIFF'S OFFICE
ATTN: FOIA OFFICER
RICHARD J. DALEY CENTER
50 W. WASHINGTON, ROOM 704
CHICAGO, ILLINOIS 60602
E-Mail: ccso.foiaofficer@cookcountyil.gov; Fax: (312) 603-4420
For further inquiries, please call (312) 603-3396

**PREFERRED RESPONSE:** ☐ IN PERSON ☐ U.S. MAIL ☐ E-MAIL ☐ FAX

**FOR OFFICE USE ONLY:**

DATE RECEIVED: _____ REQUESTOR CONTACTED? ☐ YES _____

DATE DUE: _____ DELIVERED VIA: ☐ U.S. MAIL ☐ E-MAIL
☐ IN PERSON ☐ FAX

EXTENSION: _____ DEPARTMENT: _____

DATE SENT TO REQUESTOR: _____ VERIFIED BY: _____

**FREEDOM OF INFORMATION REQUEST**
CHICAGO POLICE DEPARTMENT

| | | |
|---|---|---|
| OFFICE USE ONLY | DATE RECEIVED | REQUEST NO. |

INSTRUCTIONS: PLEASE PRINT OR TYPE. SUBMIT ONE FORM FOR EACH RECORD REQUESTED. YOUR REQUEST SHOULD REASONABLY DESCRIBE THE RECORD SOUGHT. THE CHICAGO POLICE DEPARTMENT WILL RESPOND TO A REQUEST FOR A PUBLIC RECORD WITHIN 5 BUSINESS DAYS AFTER ITS RECEIPT. A RESPONSE TO CERTAIN REQUESTS MAY REQUIRE UP TO 5 ADDITIONAL BUSINESS DAYS, IN WHICH CASE YOU WILL BE NOTIFIED. YOU WILL ALSO BE NOTIFIED SHOULD YOUR REQUEST BE DENIED.

## REQUESTER

PRINT NAME (LAST - FIRST - M.I.)
Williams, Vonsean

SIGNATURE
Vonsean C. W

TELEPHONE NO.

STREET ADDRESS
2700 S California Ave

CITY
Chicago

STATE
IL

ZIPCODE
60608

DESCRIBE RECORD SOUGHT
I'm pursuing a complaint & charge(s) on Cook County Jail for failure to protect, placing me in danger-ous situations & battery/assault from detainees

MAIL OR BRING THIS REQUEST TO: CHICAGO POLICE HEADQUARTERS-RECORDS DIVISION, 3510 SOUTH MICHIGAN AVENUE, 1ST FLOOR , UNIT 163, CHICAGO ILLINOIS 60653, MONDAY THROUGH FRIDAY, EXCEPT HOLIDAYS, FROM 8:30 A.M. TO 3:30 P.M.

## RECORDS DIVISION

| RECEIVED BY - NAME | | RANK/TITLE | STAR/EMPLOYEE NO. | RECEIVED ☐ OTHER ☐ IN PERSON ☐ BY MAIL |
|---|---|---|---|---|
| ROUTED TO | | RESPONSE DELAYED? ☐ YES ☐ NO | REQUESTER NOTIFIED - DATE | NOTIFIED BY |
| REQUEST DENIED - DATE | DENIED BY - PRINT NAME | | RANK/TITLE | STAR/EMPLOYEE NO. |

REASON FOR DENIAL

| | SIGNATURE | |
|---|---|---|

| DENIAL LETTER - DATE | MAILED BY | RECORD MADE AVAILABLE NO. OF PAGES | FEE | DATE | BY |
|---|---|---|---|---|---|

CPD-31.509 (REV. 12/09)



**COOK COUNTY SHERIFF'S OFFICE** *(OFICINA DEL SHERIFF DEL CONDADO DE COOK)*

**INMATE DISCIPLINARY REPORT** *(INFORME DISCIPLINARIO INTERNO)*

D8U9-16-12822

| INCIDENT REPORT NO. | CONTROL NUMBER | IR NUMBER | FBI NUMBER | SID NUMBER | INMATE ID NUMBER |
|---|---|---|---|---|---|
| DIV9-2023-943 | N/A | 2031839 | 676049FD2 | IL15463051 | 694714 |

### INMATE INFORMATION

| Inmate's Name (Print) *(Nombre del recluso Imprimir):* | Inmate's DOB *(Fecha de nacImento):* | Booking Number: | Division/Unit(Division/unidad): | Inmate's Living Unit(Unidad de vida): |
|---|---|---|---|---|
| Vonsean K Williams | 6/27/1995 | 20211109025 | Division 9 | In-Transit |

### INFRACTION INFORMATION

| ☐ VERBAL WARNING ☐ FORMAL CHARGE | Date of Infraction: 1/13/2023 | Time of Infraction: 4:30 AM | Location of Infraction (Lugar de la Infracccion): DIVISION 9 | Restitution Form Attached: ☐ YES  ☐ NO |
|---|---|---|---|---|

| **NUMBER** | **CHARGE** |
|---|---|
| 207 | Fighting |

| ■ DNA | VICTIM / WITNESS INFORMATION | |
|---|---|---|
| ☐ Victim  ☐ Inmate<br>☐ Witness  ☐ Staff  ☑ Other: Participant | ☐ ID #: _____<br>☐ Star #: _____ | Cory Caples |
| ☐ Victim  ☐ Inmate<br>☐ Witness  ☐ Staff  ☑ Other: Participant | ☐ ID #: _____<br>☐ Star #: _____ | Vonsean K Williams |
| ☐ Victim  ☐ Inmate<br>☐ Witness  ☐ Staff  ☐ Other: _____ | ☐ ID #: _____<br>☐ Star #: _____ | S Ajmal |

### INFRACTION NARRATIVE *(Infraccion narrativa).*

On 13JAN23 R/O Ajmal #19051 was assigned to tier 1G in division 9 for the 2300-0700 hour shift. At approximately 0430hrs, R/O entered tier 1G to escort IIC Caples, Cory #20221226029 who is housed in cell #1282 to dispensary for his court medication. Upon arrival to cell door, R/O observed IIC Williams, Vonsean K #20211109025 who is also housed in cell #1282 deliver a punch to IIC Caples facial area. R/O immediately called 10-10 (fight) tier 1G in cell and gave several orders to stop and separate. Once division 9 staff arrived, cell door was opened and both IIC's were separated and secured in hand cuffs behind back. IIC's were escorted off tier and down to Division 9 dispensary by division 9 staff for medical attention. Nothing Further.

Material Confiscated/Evidence Bag Number *( Attach photocopy of evidence) Materials confiscados/pruebas bolsa numero (adjuntar fotocopia de pruebas):*

### CLASSIFICATION UNIT

| Inter-Agency Health Inquiry Submitted:<br>☐ YES  ☐ NO  ☐ DNA | If YES, Date Submitted:<br>_____ | Assessment Completed:<br>☐ YES  ☐ NO | ☐ DNA<br>If YES, where? ☐ Medical Health  ☐ Mental Health | Assessment Received:<br>☐ YES  ☐ NO |
|---|---|---|---|---|

| Approved For Pre-Hearing Segregation: ☐ YES ☐ NO ☐ DNA<br>Placed in Pre-Hearing Segregation: ☐ YES ☐ NO ☐ DNA<br>If YES, Date/Time      Location: | Was Verbal Warning Issued: ☐ YES ☐ NO ☐ DNA<br>If Yes, Were Privileges Restricted: ☐ YES ☐ NO ☐ DNA<br>Type of Privilege and Duration of Restriction |
|---|---|

| Classification Unit Personnel *(Print):* | | Title: | | Star # |
|---|---|---|---|---|

| Reporting Personnel's Name *(Print):*<br>Ajmal, S | Star #<br>19051 | Signature:<br>/s/ Ajmal, S, Star # 19051 | Date:<br>1/13/2023<br>6:40:32 AM |
|---|---|---|---|
| Reviewing Supervisor's Name *(Print):*<br>Chavez, R | Star #<br>3375 | Signature:<br>/s/ Chavez, R, Star # 3375 | Date:<br>1/13/2023<br>6:50:08 AM |
| Watch Commander *(Print):*<br>Matanic, M | Star #<br>600 | Signature:<br>/s/ Matanic, M, Star # 600 | Date:<br>1/13/2023<br>7:07:36 AM |

| Disciplinary Report Delivered to Inmate by *(Print Name): (Informe disciplinario entregado al recluso por:)* | Star Number: (Numero de estrella) |
|---|---|
| Musgraves, L | 18796 |



**COOK COUNTY SHERIFF'S OFFICE** *(OFICINA DEL SHERIFF DEL CONDADO DE COOK)*

**INMATE DISCIPLINARY REPORT** *(INFORME DISCIPLINARIO INTERNO)*

| Date Delivered: *(Fecha de entrega:)* | Time Delivered: *(Tiempo de entrega:)* | Signature of Serving Staff Member: *(Firma del miembro del personal que sirve:)* |
|---|---|---|
| 1/13/2023 | 7:14:00 AM | /s/Musgraves, L, Star #18796 |



**COOK COUNTY SHERIFF'S OFFICE** *(OFICINA DEL SHERIFF DEL CONDADO DE COOK)*

**INMATE DISCIPLINARY REPORT** *(INFORME DISCIPLINARIO INTERNO)*

DIV9 - 1G - 1282

| INCIDENT REPORT NO. | CONTROL NUMBER | IR NUMBER | FBI NUMBER | SID NUMBER | INMATE ID NUMBER |
|---|---|---|---|---|---|
| DIV9-2023-711 | N/A | 2031839 | 676049FD2 | IL15463051 | 694714 |

### INMATE INFORMATION

| Inmate's Name (Print) *(Nombre del recluso Imprimir):* | Inmate's DOB *(Fecha de nacimiento):* | Booking Number: | Division/Unit(Division/unidad): | Inmate's Living Unit(Unidad de vida): |
|---|---|---|---|---|
| Vonsean K Williams | 6/27/1995 | 20211109025 | Division 9 | In-Cell |

### INFRACTION INFORMATION

☐ VERBAL WARNING  ☐ FORMAL CHARGE

Date of Infraction: 1/10/2023
Time of Infraction: 5:30 PM
Location of Infraction (Lugar de la Infraccion): DIVISION 9
Restitution Form Attached: ☐ YES  ☐ NO

| NUMBER | CHARGE |
|---|---|
| 105 | Disorderly Conduct |
| 207 | Fighting |
| 308 | Count Violation |

☑ **DNA**

### VICTIM / WITNESS INFORMATION

☐ Victim ☐ Inmate ☑ Witness ☐ Staff ☐ Other: __ — ID #: __ Star #: __ — Jayden J Rankin

☐ Victim ☐ Inmate ☑ Witness ☐ Staff ☐ Other: __ — ID #: __ Star #: __ — C Marquez02

☐ Victim ☐ Inmate ☐ Witness ☐ Staff ☐ Other: __ — ID #: __ Star #: __ — J Bakowski

### INFRACTION NARRATIVE *(infraccion narrativa)*

On 10 JAN 2023 R/O Marquez was assigned to division 9 tier 1G on the 1500-2300 shift. At approximately 1730 hours detainee Williams, Vonsean #20211109025 entered cell 1089 when detainee Ranklin, Jayden #20191127177 started to hit detainee Williams, Vonsean with closed hand strikes to the face and body. My partner Officer Kazmierzcak #18891 opened the cell door and Officer Bakowski #00000 separated both detainees. Both detainee Ranklin, Jayden and detainee Williams, Vonsean were secured in handcuffs and escorted off the tier. Nothing further to report at this time.

Material Confiscated/Evidence Bag Number *(Attach photocopy of evidence)* *Materials confiscados/pruebas bolsa numero (adjuntar fotocopia de pruebas):*

### CLASSIFICATION UNIT

Inter-Agency Health Inquiry Submitted: ☐ YES ☐ NO ☐ DNA  If YES, Date Submitted: __
Assessment Completed: ☐ YES ☐ NO  ☐ DNA If YES, where? ☐ Medical Health ☐ Mental Health
Assessment Received: ☐ YES ☐ NO

Approved For Pre-Hearing Segregation: ☐ YES ☐ NO ☐ DNA
Placed in Pre-Hearing Segregation: ☐ YES ☐ NO ☐ DNA
If YES, Date/Time  Location:
Was Verbal Warning Issued: ☐ YES ☐ NO ☐ DNA
If Yes, Were Privileges Restricted ☐ YES ☐ NO ☐ DNA
Type of Privilege and Duration of Restriction(s):

Classification Unit Personnel (Print): __  Title: __  Star # __

| | Star# | Signature | Date |
|---|---|---|---|
| Reporting Personnel's Name (Print): Marquez02, C | 18725 | /s/ Marquez02, C, Star # 18725 | 1/10/2023 11:00:32 PM |
| Reviewing Supervisor's Name (Print): Deanes, C | 698 | /s/ Deanes, C, Star # 698 | 1/10/2023 11:07:40 PM |
| Watch Commander (Print): Deanes, C | 698 | /s/ Deanes, C, Star # 698 | 1/10/2023 11:08:04 PM |



**COOK COUNTY SHERIFF'S OFFICE** *(OFICINA DEL SHERIFF DEL CONDADO DE COOK)*

**INMATE DISCIPLINARY REPORT** *(INFORME DISCIPLINARIO INTERNO)*

| Disciplinary Report Delivered to Inmate by *(Print Name): (Informe disciplinario entregado al recluso por:)* | | | Star Number: (Numero de estrella) |
|---|---|---|---|
| Szul, R | | | 3374 |

| Date Delivered: *(Fecha de entrega:)* | Time Delivered: *(Tiempo de entrega:)* | Signature of Serving Staff Member: *(Firma del miembro del personal que sirve:)* | |
|---|---|---|---|
| 1/10/2023 | 11:20:43 PM | /s/Szul, R, Star #3374 | |



**COOK COUNTY SHERIFF'S OFFICE** *(OFICINA DEL SHERIFF DEL CONDADO DE COOK)*

**INMATE DISCIPLINARY REPORT** *(INFORME DISCIPLINARIO INTERNO)*

DIV9-16-1282-2

| INCIDENT REPORT NO. | CONTROL NUMBER | IR NUMBER | FBI NUMBER | SID NUMBER | INMATE ID NUMBER |
|---|---|---|---|---|---|
| DIV9-2023-689 | N/A | 2031839 | 676049FD2 | IL15463051 | 694714 |

### INMATE INFORMATION

| Inmate's Name (Print) *(Nombre del recluso Imprimir):* | Inmate's DOB *(Fecha de nacimento):* | Booking Number: | Division/Unit(Division/unidad): | Inmate's Living Unit(Unidad de vida): |
|---|---|---|---|---|
| Vonsean K Williams | 6/27/1995 | 20211109025 | Division 9 | In-Cell |

### INFRACTION INFORMATION

| ☐ VERBAL WARNING ☐ FORMAL CHARGE | Date of Infraction: 1/10/2023 | Time of Infraction: 8:54 AM | Location of Infraction (Lugar de la Infracccion): DIVISION 9 | Restitution Form Attached: ☐ YES ☐ NO |
|---|---|---|---|---|

| NUMBER | CHARGE |
|---|---|
| 207 | Fighting |
| 219 | Disobeying or Resisting Orders |

### ■ DNA — VICTIM / WITNESS INFORMATION

| Victim/Witness | | | ID# / Star# | Name |
|---|---|---|---|---|
| ☐ Victim ☐ Witness | ☐ Inmate ☐ Staff | ☑ Other: Participant | ☐ ID #: ☐ Star #: | Vonsean K Williams |
| ☐ Victim ☐ Witness | ☐ Inmate ☐ Staff | ☑ Other: Participant | ☐ ID #: ☐ Star #: | Larreon D McDaniel |
| ☐ Victim ☐ Witness | ☐ Inmate ☐ Staff | ☑ Other: Participant | ☐ ID #: ☐ Star #: | MALIQUE LONG |
| ☐ Victim ☐ Witness | ☐ Inmate ☐ Staff | ☑ Other: Participant | ☐ ID #: ☐ Star #: | Jaylen Saulsberry |
| ☐ Victim ☐ Witness | ☐ Inmate ☐ Staff | ☑ Other: Participant | ☐ ID #: ☐ Star #: | Maurice Pearson |
| ☐ Victim ☐ Witness | ☐ Inmate ☐ Staff | ☑ Other: Participant | ☐ ID #: ☐ Star #: | Deshun Z McGee |
| ☐ Victim ☑ Witness | ☐ Inmate ☐ Staff | ☐ Other: | ☐ ID #: ☐ Star #: | J Cozzi |

### INFRACTION NARRATIVE *(Infraccion narrativa)*

On 10 JAN 2023, I, R/O Cozzi #18840 was assigned to Division 9 on Tier 2C and 2D for the 0700-1500 shift. I notified Sgt. Valentin # 3283 via telephone that IIC Williams, Vonsean # 2021-119025 was refusing to go back on tier 2C. Sgt. Valentin arrived and spoke to IIC Williams. IIC Williams told Sgt. Valentin that he was requesting P.C (protective custody) due to being in fear of his life on tier 2C. Sgt. Valentin escorted IIC Williams to division 9 dispensary an order to interview IIC Williams and to have him sign a P.C request form. Sgt. Valentin called me via telephone after interviewing IIC Williams on his BWC. Sgt. Valentin told me that IIC Williams had stated that he was beaten up by several IIC's while he was on tier 2C.

Upon review of the division 9 overheld camera, IIC Williams is observed striking IIC McDaniel, Larreon #2021-0725067 with a close hand fist at 0855 hours. IIC Williams and IIC McDaniel then separate on their own as the other IIC's in the dayroom keep IIC Williams and IIC McDaniel away from each other. IIC Long, Malique # 2022-0207138 in then observed walking up to IIC Williams. IIC Long then strikes IIC Williams with a close hand strike. IIC Long and IIC Williams then proceed to fight in mutual combat. IIC Pearson, Maurice #2016-0110155 is observed striking IIC Williams as the fight is still in progress. IIC Saulsberry, Jaylen #2021-01222010, IIC McGee, Deshaun #2022-0617129 and IIC McDaniel are observed striking IIC WIlliams as the fight was still in progress. IIC Long, Pearson, Saulsberry, McGee and IIC McDaniel continue striking and kicking IIC Williams. All IIC's involved then separate form each other on their own. IIC Williams is then observed standing by the telephone towards the back of the tier. IIC Long is then observed striking IIC Williams is the facial area with a close hand fist. All IIC's involved were escorted off the tier and taken to division 9 holding. All IIC's involved will be receiving a disciplinary for their actions.

Material Confiscated/Evidence Bag Number *( Attach photocopy of evidence)* *Materials confiscados/pruebas bolsa numero (adjuntar fotocopia de pruebas):*

### CLASSIFICATION UNIT

Any Information and Reports produced from the Cook County Offender Management System (CCOMS) is for internal distribution only. For an official copy of a report from CCOMS, contact the Business Intelligence Unit at CCSO.DataRequest@cookcountyil.gov



**COOK COUNTY SHERIFF'S OFFICE** *(OFICINA DEL SHERIFF DEL CONDADO DE COOK)*

**INMATE DISCIPLINARY REPORT** *(INFORME DISCIPLINARIO INTERNO)*

| Inter-Agency Health Inquiry Submitted: ☐ YES ☐ NO ☐ DNA | If YES, Date Submitted: | Assessment Completed: ☐ YES ☐ NO | ☐ DNA If YES, where? ☐ Medical Health ☐ Mental Health | | Assessment Received: ☐ YES ☐ NO |
|---|---|---|---|---|---|
| Approved For Pre-Hearing Segregation: ☐ YES ☐ NO Placed in Pre-Hearing Segregation: ☐ YES ☐ NO If YES, Date/Time | Location: | ☐ DNA ☐ DNA | Was Verbal Warning Issued: If Yes, Were Privileges Restricted Type of Privilege and Duration of Restriction | ☐ YES ☐ YES | ☐ NO ☐ DNA ☐ NO ☐ DNA |
| Classification Unit Personnel *(Print)*: | | | Title: | Star # | |

| Reporting Personnel's Name *(Print)*: | Star # | Signature: | Date: |
|---|---|---|---|
| Cozzi, J | 18840 | /s/ Cozzi, J, Star # 18840 | 1/11/2023 5:46:33 PM |

| Reviewing Supervisor's Name *(Print)*: | Star # | Signature: | Date: |
|---|---|---|---|
| Valentin, D | 3283 | /s/ Valentin, D, Star # 3283 | 1/11/2023 5:58:06 PM |

| Watch Commander *(Print)*: | Star # | Signature: | Date: |
|---|---|---|---|
| Latham, C | 726 | /s/ Latham, C, Star # 726 | 1/11/2023 6:09:50 PM |

| Disciplinary Report Delivered to Inmate by *(Print Name)*: *(Informe disciplinario entregado al recluso por:)* | | Star Number: (Numero de estrella) |
|---|---|---|
| Williams, E | | 19075 |

| Date Delivered: *(Fecha de entrega:)* | Time Delivered: *(Tiempo de entrega:)* | Signature of Serving Staff Member: *(Firma del miembro del personal que sirve:)* |
|---|---|---|
| 1/11/2023 | 6:24:13 PM | /s/Williams, E, Star #19075 |



**COOK COUNTY SHERIFF'S OFFICE** *(OFICINA DEL SHERIFF DEL CONDADO DE COOK)*

**INMATE DISCIPLINARY REPORT** *(INFORME DISCIPLINARIO INTERNO)*

DIV9 I E I2I0 1

| INCIDENT REPORT NO. | CONTROL NUMBER | IR NUMBER | FBI NUMBER | SID NUMBER | INMATE ID NUMBER |
|---|---|---|---|---|---|
| DIV9-2022-21818 | N/A | 2031839 | 676049FD2 | IL15463051 | 694714 |

### INMATE INFORMATION

| Inmate's Name (Print) *(Nombre del recluso Imprimir)*: | Inmate's DOB *(Fecha de nacimento)*: | Booking Number: | Division/Unit(Division/unidad): | Inmate's Living Unit(Unidad de vida): |
|---|---|---|---|---|
| Vonsean K Williams | 6/27/1995 | 20211109025 | Division 9 | In-Cell |

### INFRACTION INFORMATION

| ☐ VERBAL WARNING ☐ FORMAL CHARGE | Date of Infraction: 10/26/2022 | Time of Infraction: 7:00 AM | Location of Infraction (Lugar de la Infracccion): DIVISION 9 | Restitution Form Attached: ☐ YES ☐ NO |
|---|---|---|---|---|

| **NUMBER** | **CHARGE** |
|---|---|
| 207 | Fighting |

■ DNA

### VICTIM / WITNESS INFORMATION

| ☐ Victim ☐ Inmate ☐ Witness ☐ Staff ☑ Other: Participant | ☐ ID #: _____ ☐ Star #: _____ | Oscar J Soto |
|---|---|---|
| ☐ Victim ☐ Inmate ☐ Witness ☐ Staff ☑ Other: Participant | ☐ ID #: _____ ☐ Star #: _____ | Vonsean K Williams |
| ☐ Victim ☐ Inmate ☐ Witness ☐ Staff ☐ Other: _____ | ☐ ID #: _____ ☐ Star #: _____ | M Tellado |
| ☐ Victim ☐ Inmate ☑ Witness ☐ Staff ☐ Other: _____ | ☐ ID #: _____ ☐ Star #: _____ | N Defrancisco |

### INFRACTION NARRATIVE *(Infraccion narrativa)*

On 26 Oct 2022 at 0700 hrs. R/O Tellado # 14931 was assigned to Division 9 Tier 1-E. While conducting beginning physical count of tier, R/O came to cell 1210, opened cell door to perform Individual In Custody count and lock check. At which IIC Soto, Oscar # 2020-0906119 pushed his way out of the cell. R/O performed an emergency take down of IIC. Ofc. DeFrancisco # 18579 of the 11-7 shift was on tier at that time and responded to assist R/O. Ofc. DeFrancisco recovered R/O tier keys which fell to the ground, locked the cell door and began assisting R/O in attempting to securing the IIC handcuffs. Additional Division 9 staff responded and also assisted in securing IIC in handcuffs. Once IIC was secured in handcuffs by staff, IIC was escorted off tier to holding. Sgt. Taylor notified of incident. Housed in cell 1210 are Oscar Soto # 2020-0906119 and IIC Vonsean Williams # 2021-1109025. Both IIC's admitted to Lt. Zurella on his body camera that they both were fighting each other through the night.

Material Confiscated/Evidence Bag Number *( Attach photocopy of evidence)* *Materials confiscados/pruebas bolsa numero (adjuntar fotocopia de pruebas)*:

### CLASSIFICATION UNIT

| Inter-Agency Health Inquiry Submitted: ☐ YES ☐ NO ☐ DNA | If YES, Date Submitted: _____ | Assessment Completed: ☐ YES ☐ NO | ☐ DNA If YES, where? ☐ Medical Health ☐ Mental Health | Assessment Received: ☐ YES ☐ NO |
|---|---|---|---|---|

| Approved For Pre-Hearing Segregation: ☐ YES ☐ NO ☐ DNA<br>Placed in Pre-Hearing Segregation: ☐ YES ☐ NO ☐ DNA<br>If YES, Date/Time Location: | Was Verbal Warning Issued:<br>If Yes, Were Privileges Restricted ☐ YES ☐ NO<br>Type of Privilege and Duration of Restriction(s) ☐ YES ☐ NO | ☐ DNA ☐ DNA |
|---|---|---|

| Classification Unit Personnel *(Print)*: | Title: | Star # |
|---|---|---|

| Reporting Personnel's Name *(Print)*: Tellado, M | Star # 14931 | Signature: /s/ Tellado, M, Star # 14931 | Date: 10/26/2022 12:09:57 PM |
|---|---|---|---|
| Reviewing Supervisor's Name *(Print)*: Taylor02, A | Star # 3264 | Signature: /s/ Taylor02, A, Star # 3264 | Date: 11/1/2022 12:28:29 PM |



**COOK COUNTY SHERIFF'S OFFICE** *(OFICINA DEL SHERIFF DEL CONDADO DE COOK)*

**INMATE DISCIPLINARY REPORT** *(INFORME DISCIPLINARIO INTERNO)*

| Watch Commander *(Print):* | | Star # | Signature: | | Date: |
|---|---|---|---|---|---|
| Zurella, W | | 614 | /s/ Zurella, W, Star # 614 | | 11/1/2022<br>1:48:52 PM |

| Disciplinary Report Delivered to Inmate by *(Print Name): (Informe disciplinario entregado al recluso por:)* | | | Star Number: (Numero de estrella) |
|---|---|---|---|
| Alvarez02, D | | | 16177 |

| Date Delivered: *(Fecha de entrega:)* | Time Delivered: *(Tiempo de entrega:)* | Signature of Serving Staff Member: *(Firma del miembro del personal que sirve:)* |
|---|---|---|
| 11/1/2022 | 3:07:19 PM | /s/Alvarez02, D, Star #16177 |

Any Information and Reports produced from the Cook County Offender Management System (CCOMS) is for internal distribution only. For an official copy of a report from CCOMS, contact the Business Intelligence Unit at CCSO.DataRequest@cookcountyil.gov



**COOK COUNTY SHERIFF'S OFFICE** *(OFICINA DEL SHERIFF DEL CONDADO DE COOK)*

**INMATE DISCIPLINARY REPORT** *(INFORME DISCIPLINARIO INTERNO)*

DIV9 1E 1210-1

| INCIDENT REPORT NO. | CONTROL NUMBER | IR NUMBER | FBI NUMBER | SID NUMBER | INMATE ID NUMBER |
|---|---|---|---|---|---|
| DIV9-2022-21692 | N/A | 2031839 | 676049FD2 | IL15463051 | 694714 |

### INMATE INFORMATION

| Inmate's Name (Print) *(Nombre del recluso Imprimir):* | Inmate's DOB *(Fecha de nacimento):* | Booking Number: | Division/Unit(Division/unidad): | Inmate's Living Unit(Unidad de vida): |
|---|---|---|---|---|
| Vonsean K Williams | 6/27/1995 | 20211109025 | Division 9 | In-Cell |

### INFRACTION INFORMATION

| ☐ VERBAL WARNING ☐ FORMAL CHARGE | Date of Infraction: 10/24/2022 | Time of Infraction: 7:30 PM | Location of Infraction (Lugar de la Infracccion): DIVISION 9 | Restitution Form Attached: ☐ YES ☐ NO |
|---|---|---|---|---|

| NUMBER | CHARGE | | | |
|---|---|---|---|---|
| 105 | Disorderly Conduct | | | |
| 207 | Fighting | | | |
| 308 | Count Violation | | | |

### VICTIM / WITNESS INFORMATION

■ DNA

| | | | | |
|---|---|---|---|---|
| ☐ Victim ☐ Inmate ☐ Witness ☐ Staff ☑ Other: Participant | ☐ ID #: _____ ☐ Star #: _____ | | Jamie Richardson | |
| ☐ Victim ☐ Inmate ☐ Witness ☐ Staff ☑ Other: Participant | ☐ ID #: _____ ☐ Star #: _____ | | Vonsean K Williams | |
| ☐ Victim ☐ Inmate ☑ Witness ☐ Staff ☐ Other: _____ | ☐ ID #: _____ ☐ Star #: _____ | | R Kazmierczak | |
| ☐ Victim ☐ Inmate ☑ Witness ☐ Staff ☐ Other: _____ | ☐ ID #: _____ ☐ Star #: _____ | | K Jackson02 | |

### INFRACTION NARRATIVE *(Infraccion narrativa)*

On 24 Oct 22, R/O Kazmierczak *18891 was assigned to Tier 1E in Div IX Rehabilitation Unit for the 1500-2300 hours shift. At approximately 1930 hours R/O received inmate Richardson, Jamie #20201128138 as a transfer to cell #1210 which houses inmate Williams, Vonsean #20211109025. R/O and Ofc. Jackson *18818 unsecured the cell door, placed inmate Richardson's property in the cell and unsecured inmate Richardson. R/O secured the cell door and saw inmate Richardson get into a fighting stance raising his fists. Richardson proceeded to deliver closed handed strikes to inmate Williams. R/O gave verbal commands to "cease fighting or OC will be deployed." Inmates continued fighting, the food port was unsecured and a short burst of OC was deployed by R/O. Both inmates ceased fighting and were ordered to back up to the food port to be secured in handcuffs. Additional Div IX staff arrived including Sgt. Mochocki *3354. Cell door was unsecured and both inmates were taken off the tier. Nothing further to report at this time.

Material Confiscated/Evidence Bag Number *( Attach photocopy of evidence)* *Materials confiscados/pruebas bolsa numero (adjuntar fotocopia de pruebas)*

### CLASSIFICATION UNIT

| Inter-Agency Health Inquiry Submitted: ☐ YES ☐ NO ☐ DNA | If YES, Date Submitted: _____ | Assessment Completed: ☐ YES ☐ NO | ☐ DNA If YES, where? ☐ Medical Health ☐ Mental Health | Assessment Received: ☐ YES ☐ NO |
|---|---|---|---|---|
| Approved For Pre-Hearing Segregation: ☐ YES ☐ NO Placed in Pre-Hearing Segregation: ☐ YES ☐ NO If YES, Date/Time | ☐ DNA ☐ DNA Location: | Was Verbal Warning Issued: If Yes, Were Privileges Restricted Type of Privilege and Duration of Restriction(s) | ☐ YES ☐ NO ☐ DNA ☐ YES ☐ NO ☐ DNA | |

| Classification Unit Personnel *(Print):* | | Title: | | Star # |
|---|---|---|---|---|
| | | | | |

| Reporting Personnel's Name *(Print):* Kazmierczak, R | Star # 18891 | Signature: /s/ Kazmierczak, R, Star # 18891 | Date: 10/24/2022 10:22:35 PM |
|---|---|---|---|



**COOK COUNTY SHERIFF'S OFFICE** *(OFICINA DEL SHERIFF DEL CONDADO DE COOK)*

**INMATE DISCIPLINARY REPORT** *(INFORME DISCIPLINARIO INTERNO)*

| Reviewing Supervisor's Name *(Print):* | | Star # | Signature: | | Date: |
|---|---|---|---|---|---|
| Meller, K | | 762 | /s/ Meller, K, Star # 762 | | 10/24/2022 10:44:52 PM |
| **Watch Commander *(Print):*** | | **Star #** | **Signature:** | | **Date:** |
| Meller, K | | 762 | /s/ Meller, K, Star # 762 | | 10/24/2022 10:45:42 PM |

| Disciplinary Report Delivered to Inmate by *(Print Name)*: *(Informe disciplinario entregado al recluso por:)* | | Star Number: *(Numero de estrella)* |
|---|---|---|
| Sottosanto, A | | 18939 |

| Date Delivered: *(Fecha de entrega:)* | Time Delivered: *(Tiempo de entrega:)* | Signature of Serving Staff Member: *(Firma del miembro del personal que sirve:)* |
|---|---|---|
| 10/24/2022 | 10:50:44 PM | /s/Sottosanto, A, Star #18939 |



**COOK COUNTY SHERIFF'S OFFICE** *(OFICINA DEL SHERIFF DEL CONDADO DE COOK)*

**INMATE DISCIPLINARY REPORT** *(INFORME DISCIPLINARIO INTERNO)*

DIV5 1H 4-1

| INCIDENT REPORT NO. | CONTROL NUMBER | IR NUMBER | FBI NUMBER | SID NUMBER | INMATE ID NUMBER |
|---|---|---|---|---|---|
| DIV9-2022-20105 | N/A | 2031839 | 676049FD2 | IL15463051 | 694714 |

### INMATE INFORMATION

| Inmate's Name (Print) *(Nombre del recluso Imprimir):* | Inmate's DOB *(Fecha de naclmento):* | Booking Number: | Division/Unit(Division/unidad): | Inmate's Living Unit(Unidad de vida): |
|---|---|---|---|---|
| Vonsean K Williams | 6/27/1995 | 20211109025 | Division 9 | In-Cell |

### INFRACTION INFORMATION

☐ VERBAL WARNING
☐ FORMAL CHARGE

| Date of Infraction: | Time of Infraction: | Location of Infraction (Lugar de la Infracccion): | Restitution Form Attached: |
|---|---|---|---|
| 10/3/2022 | 7:00 PM | DIVISION 9 | ☐ YES   ☐ NO |

| NUMBER | CHARGE |
|---|---|
| 105 | Disorderly Conduct |
| 207 | Fighting |
| 307 | Battery |

### ☑ DNA

### VICTIM / WITNESS INFORMATION

| | | | ID #: | |
|---|---|---|---|---|
| ☐ Victim | ☐ Inmate | | ID #: _____ | |
| ☐ Witness | ☐ Staff | ☑ Other: Participant | Star #: _____ | Kywan B Lee |
| ☐ Victim | ☐ Inmate | | ID #: _____ | |
| ☐ Witness | ☐ Staff | ☑ Other: Participant | Star #: _____ | Vonsean K Williams |
| ☐ Victim | ☐ Inmate | | ID #: _____ | |
| ☑ Witness | ☐ Staff | ☐ Other: _____ | Star #: _____ | F Grayson |

### INFRACTION NARRATIVE *(Infraccion narrativa)*

On 03 OCT 22 R/O Grayson #18845 was assigned to DIV 09 3F 1500-2300hrs shift. at approximately 17:00 hrs. R/O began running dayroom hours after returning from searching tiers . after opening cell 3233. R/O noticed that something didn't seem right R/O ask Both ( IIC ) Lee, Kywan # 20210824076, and Williams, Vonsean #20211109025 what happened they both said nothing . At approximately 19:00 hours During the switch R/O was approached by ( IIC ) Lee, Kywan #20210824076 stating that he didn't want to go back into the cell with his cellmate. R/O ask why and ( IIC) Lee, Kywan # 20210824076 stated that him ,and his cellmate (IIC) Williams, Vonsean #20211109025 were going to fight in the cell if he goes back into the cell , because they had a fight earlier . At that time R/O notified the Sergeant Mochocki #3345 Both (IIC) were handcuff and escorted off the tier. Nothing further to report.

Material Confiscated/Evidence Bag Number *( **Attach photocopy of evidence)** Materials confiscados/pruebas bolsa numero (adjuntar fotocopia de pruebas)*

### CLASSIFICATION UNIT

| Inter-Agency Health Inquiry Submitted: ☐ YES  ☐ NO  ☐ DNA | If YES, Date Submitted: | Assessment Completed: ☐ YES  ☐ NO | ☐ DNA  If YES, where? ☐ Medical Health  ☐ Mental Health | Assessment Received: ☐ YES  ☐ NO |
|---|---|---|---|---|

| Approved For Pre-Hearing Segregation: ☐ YES  ☐ NO | Placed in Pre-Hearing Segregation: ☐ YES  ☐ NO | ☐ DNA  ☐ DNA  Location: | Was Verbal Warning Issued: ☐ YES  ☐ NO  ☐ DNA | | |
|---|---|---|---|---|---|
| If YES, Date/Time | | | If Yes, Were Privileges Restricted ☐ YES  ☐ NO  ☐ DNA | | |
| | | | Type of Privilege and Duration of Restriction(s) | | |

| Classification Unit Personnel *(Print):* | | Title: | Star # |
|---|---|---|---|

| Reporting Personnel's Name *(Print):* | Star # | Signature: | Date: |
|---|---|---|---|
| Grayson, F | 18845 | /s/ Grayson, F, Star # 18845 | 10/3/2022 9:45:30 PM |

| Reviewing Supervisor's Name *(Print):* | Star # | Signature: | Date: |
|---|---|---|---|
| Mochocki, M | 3345 | /s/ Mochocki, M, Star # 3345 | 10/3/2022 10:03:44 PM |

**OK COUNTY SHERIFF'S OFFICE** *(OFICINA DEL SHERIFF DEL CONDADO DE COOK)*

**I. /MATE DISCIPLINARY REPORT** *(INFORME DISCIPLINARIO INTERNO)*

| Watch Commander *(Print):* Deanes, C | | Star # 698 | Signature: /s/ Deanes, C, Star # 698 | | Date: 10/3/2022 9:56:44 PM |
|---|---|---|---|---|---|
| Disciplinary Report Delivered to Inmate by *(Print Name): (Informe disciplinario entregado al recluso por:)* Bakowski, J | | | | Star Number: (Numero de estrella) 17403 | |
| Date Delivered: *(Fecha de entrega:)* 10/3/2022 | Time Delivered: *(Tiempo de entrega:)* 10:10:02 PM | | Signature of Serving Staff Member: *(Firma del miembro del personal que sirve:)* /s/Bakowski, J, Star #17403 | | |

Any Information and Reports produced from the Cook County Offender Management System (CCOMS) is for internal distribution only. For an official copy of a report from CCOMS, contact the Business Intelligence Unit at CCSO.DataRequest@cookcountyil.gov

**V.    Relief:**

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

I'm demanding $50,000.00 for failure to protect my safety, bad classification & breaking confidentiality, interfering with security procedures & breaking kept seperate from detainees protocol

**VI.**    The plaintiff demands that the case be tried by a jury.    ☒ YES    ☐ NO

## CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this ___24th___ day of ___11___, 20__22__

_____
(Signature of plaintiff or plaintiffs)

Vonsean K. Williams
(Print name)

#2021-1109025
(I.D. Number)

1140 W Jackson Blvd
Chicago, IL 60604
(Address)

Revised 9/2007

Books for Prisoners c/o Groundwork Books
0323 Student Center
La Jolla, CA 92037

Books for Prisoners DC
PO Box 34190
Washington, DC 20043

Left Bank Books
ATTN: Books for Prisoners
92 Pike St, Box A
Seattle, WA 98101

Rainbow Bookstore
ATTN: Books for Prisoners
426 W Gilman St
Madison, WI 35403

Midwest Books to Prisoners
1321 N Milwaukee PMB-460
Chicago, IL 60622

cleanslateclearinghouse.org

Books 2 Prisoners
PO Box 515
Urbana, IL 61803

Public Information Office
1 First Ave. NW
Washington, DC 20543
(202) 479-3211

Help From Outside
2620 Bellevue Way NE. #200
Bellevue, WA 98004
(206) 486-6042

Peoples Law Office
180 N Milwaukee Ave
Chicago, IL 60642
(773) 235-0070

town People's Law Center
413 N Sheridan Rd
Chicago, IL 60640

(7) Miner, Barnhill & Galland, PC
325 N LaSalle St
Suite 350
Chicago, IL 60654

Chicago Legal Clinic
2938 E. 91st St
Chicago, IL 60617

(8) Bedi & Singer, LLP
53 W Jackson Blvd
Suite 1505
Chicago, IL 60604

(3) Chicago Volunteer Legal Services
100 N LaSalle, Suite 900
Chicago, IL 60602

(4) Zimmeran Law Office
77 W Washington St, Suite 1220
Chicago, IL 60602

(5) Kenneth Flaxman
200 S Michigan Ave
Chicago, IL 60604

(6) Loevy & Loevy
Attorneys @ Law
311 N Aberdeen St, 3rd Fl
Chicago, IL 60607

List of addresses to mail legal mail

1) Clerk of the Circuit Court
   District 2 - Skokie
   5600 Old Orchard Rd
   Skokie, IL 60077

2) Zimmeran Law Office
   77 W Washington St, Suite 1220
   Chicago, IL 60602

3) Kenneth Flaxman
   200 S Michigan Ave
   Chicago, IL 60604

4) Loevy & Loevy
   Attorneys a Law
   311 N Aberdeen St, 3rd Fl
   Chicago, IL 60607

5) Cook County Sheriff's Office
   Attn: FOIA Officer
   Richard J. Daley Center
   50 W Washington, Rm 704
   Chicago, IL 60602

## ILLINOIS GENERAL AFFIDAVIT

STATE OF ILLINOIS

COUNTY OF Cook

I, the undersigned, being duly sworn, do hereby depose and say:

1. I am over the age of 18 and am a resident of the State of Illinois
I have personal knowledge of the facts herein, and, if called as a witness, could testify competently thereto.

2. I need all written copys of O-P-R forms that were completed by me "Vonsean K. Williams" on the date(s) of Nov. 2021 thru present day All video recordings /audio recordings w/ I-A from March 2020 thru PRESENT DAY

Under the penalties provided by Illinois law, the undersigned certifies that the statements set forth in this instrument are true and correct.

Executed this 25th day of October , 20 22 in Cock County, Illinois (COOK)

Vonsean K. W

AFFIANT

**COOK COUNTY SHERIFF'S OFFICE**
*(Oficina Del Alguacil del Condado de Cook)*

**INDIVIDUAL IN CUSTODY GRIEVANCE RESPONSE/APPEAL FORM**
*(Individuo bajo custodia - formulario de respuesta/apelación de queja)*

**CONTROL NUMBER**

2023x00558

**Individual In Custody SHORT #:** CH4714

**PRINT: CRW LAST NAME** VanElls (Miller)

| INFORMATION TO BE COMPLETED BY IIC SERVICES PERSONNEL ONLY | | |
|---|---|---|
| **Individual In Custody LAST NAME:** Williams | **Individual In Custody FIRST NAME:** Vonsean | **BOOKING ID # :** 2021-1109025 |

**GRIEVANCE ISSUE AS DETERMINED BY CRW:** 080 - Failure to Protect

**IMMEDIATE CRW RESPONSE (if applicable):** CID OPR Shift Command notified

**CRW/ REFERRED THIS GRIEVANCE TO ( *Example:* Superintendent, Cermak Health Services ):** O.P.R - IS

**DATE REFERRED:** 1/13/23

| RESPONSE BY PERSONNEL HANDLING REFERRAL |
|---|
| Please See Attached |

**PERSONNEL RESPONDING TO GRIEVANCE (! Print !):** Portdo Di

**SIGNATURE:** Portia Di

**DIV./DEPT.** 14S

**DATE:** 1/13/23

**THIS SECTION IS TO BE COMPLETED BY INDIVIDUAL IN CUSTODY !** *(Esta sección debe ser completada por el individuo.)*

**INDIVIDUAL IN CUSTODY SIGNATURE** *(Firma del individuo bajo custodia.:*

**DATE RESPONSE WAS RECEIVED:** *(Fecha en que la respuesta fue recibida)*

**INDIVIDUAL IN CUSTODY 'S REQUEST FOR AN APPEAL** *( Solicitud de apelación del individuo )*

• To exhaust administrative remedies, a grievance appeal must be made on this form and within 15 calendar days of the date the individual received the above notated response. An appeal must be filed in **ALL** circumstances in order to exhaust administrative remedies, regardless if the grieved issue(s) have been referred for further review and/or investigation. Any pending O.P.R. review or investigation, is **NOT** part of the grievance appeal process.
*Para agotar los recursos administrativos, las apelaciones de quejas se deben realizar en este formulario y dentro de los 15 días calendarios a partir de la fecha en que el individuo recibió la respuesta anotada anteriormente. Se debe presentar una apelación en TODAS las circunstancias a fin de agotar los recursos administrativos, independientemente si los asuntos de la queja han sido referidos para una revisión y/o investigación. Cualquier revisión o investigación pendiente de OPR NO es parte del proceso de apelación de quejas.)*

**INDIVIDUAL IN CUSTODY BASIS FOR AN APPEAL:** *(Base de apelación del individuo.)*
**DATE OF APPEAL REQUEST:** *(Fecha de la solicitud de la apelación.)* 1/13/23

this division failed to protect me from harm. Mace!

**DIRECTOR'S/DESIGNEE'S ACCEPTANCE OF BASIS/REQUEST OF APPEAL?**
*(Aceptación del Director/Designado de la solicitud de apelación del individuo.)*

**Yes** / **No**

**IIC SERVICES DIRECTOR/DESIGNEE'S DECISION OR RECOMMENDATION:** *(Decisión o recomendación por parte del Director de Servicios de IIC / Designado.)*

Original Response to stand

**IIC SERVICES DIRECTOR/DESIGNEE** *(Director de Servicios de IIC / Designado):* Mueller

**SIGNATURE** *(Firma):*

**DATE** *(Fecha):* 1/20/23

**THIS SECTION IS TO BE COMPLETED BY INDIVIDUAL IN CUSTODY** *(Esta sección debe ser completada por el individuo.)*

**INDIVIDUAL IN CUSTODY SIGNATURE** *(Firma del individuo.):*

Del Via COVID19

**DATE APPEAL RESPONSE WAS RECEIVED:** *(Fecha en que la respuesta fue recibida.)* JAN 24 2023

**COOK COUNTY SHERIFF'S OFFICE**
*(Oficina del Alguacil del Condado de Cook)*
**INDIVIDUAL IN CUSTODY GRIEVANCE FORM**
*(Formulario de Queja del Individuo bajo Custodi)*

| CONTROL # | Individual In Custody SHORT # |
|---|---|
| | 94714 |

| ! THIS SECTION IS TO BE COMPLETED BY IIC SERVICES STAFF | *(! Para ser llenado solo por el personal de IIC Services !)* |
|---|---|
| ☐ Emergency Grievance | ☐ Cermak Health Services |
| ☐ Grievance | ☐ Superintendent:_____ |
| ☐ Non-Compliant Grievance | ☐ Other: _____ |

| PRINT - INDIVIDUAL IN CUSTODY LAST NAME *(Imprimir – Apellido del individuo):* | PRINT - FIRST NAME *(Imprimir – Primer nombre del individuo):* | BOOKING NUMBER *(#de identificación)* |
|---|---|---|
| Williams | Donslan | 2021-1109025 |

| DIVISION *(División):* | LIVING UNIT *(Unidad):* | DATE *(Fecha):* |
|---|---|---|
| 9 | 1G-1282 | 1-11-23 |

## GRIEVANCE GUIDELINES AND SUMMARY OF COMPLAINT

Your grieved issue must meet all criteria listed below in order to be assigned a control #, to be appealed and/or to exhaust remedies. The grieved issue is not one of the following non-grievable matters: Classification, including designation of an individual as a security risk or protective custody individual, or decisions of the disciplinary hearings officer.

The grieved issue must have occurred within the last 15 calendar days unless the allegation is of sexual assault, sexual harassment, sexual abuse or voyeurism. If the grievance includes an allegation of sexual assault, sexual harassment, sexual abuse or voyeurism no time limits exist. If you believe an exception applies please see a CRW (Correctional Rehabilitation Worker).

The grieved issue must not be a repeat submission of a grievance collected within the last 15 calendar days.

The grieved issue must not be a repeat submission of a grievance that previously received a response and was appealed.

The grieved issue must not be a repeat submission of a grievance that previously received a response and you chose not to appeal the response within 15 calendar days

The grieved issue form must not contain more than one issue.

The grievance form must not contain offensive or harassing language.

The grievance issue must not pertain to non-jail related concerns such as with arresting agencies, judicial matters, or medical staff at outlying hospitals, etc.

### Directrices de quejas y resumen de quejas

El asunto de la queja tiene que satisfacer todo el criterio listado más abajo para obtener un número de control, para ser apelado y/o agotar todos los remedios posibles.

El asunto de la queja no puede ser ninguno de los siguientes temas, que no se consideran quejas formales: Clasificación: Clasificación del preso incluyendo designación del preso. Tal como riesgo de seguridad o custodia de protección para los presos, o decisiones del oficial de audiencias disciplinarias para los individuo.

El asunto de la queja debe haber ocurrido dentro de los 15 días calendarios a menos que la acusación sea de asalto sexual, acoso sexual, abuso sexual o voyerismo. Si la queja incluye acusaciones de asalto sexual, acoso sexual, abuso sexual o voyerismo no existe tiempo de límite. Si usted cree que existe una excepción, consulte con un Trabajador de Rehabilitación Correccional (TRC/CRW).

El asunto de la queja no puede ser una repetición de una queja sometida en los últimos 15 días calendarios.

El asunto de la queja no puede ser una repetición de una queja previamente recibida y la cual ya ha recibido una respuesta y fue apelada.

El asunto de la queja no puede ser una repetición de una queja previamente reciba y la cual ya ha recibo una respuesta y usted recibida no someter una apelación sobre la decisión dada en los 15 días calendarios.

El asunto de la queja no puede contener lenguaje ofensivo o amenazante.

La solitud de la queja no puede contener más de un issue.

El asunto de la queja corresponde asuntos no relacionadas con la cárcel, como las agencias de arresto, los asuntos judiciales o el personal médico en los hospitales periféricos, etc.

*PAGE #1 "Failure To Protect"*

| REQUIRED - DATE OF INCIDENT *(Fecha del Incidente)* | REQUIRED - TIME OF INCIDENT *(Hora del incidente)* | REQUIRED - SPECIFIC LOCATION OF INCIDENT *(Lugar Específico del Incidente)* | REQUIRED - NAME and/or IDENTIFIER(S) OF ACCUSED *(Nombre y/o Identificación del Acusado)* |
|---|---|---|---|
| started morning night 1/4/23 | from 6pm to 11pm next | Div. 9/2C Tier | Sgt. Valentine, "To Detroy" C/O Cozzi, Lt. Deans, Williams Jr. C/O Kazmierczak |

started Plan Morning @ evening 1/4/23 between 6pt to 11pm on Div. 9/2C Tier, a anonymous detainee came by my assigned cell Div. 9/2C 2382 "I sprayed urine + magic shave mixed all of the magic shave while my cell's household were opened. "No notson were notified at that time. I were afraid of my safety + in danger for my life. Another traumatizing event happened on 1/10/23 between 9am thru 10am on Div. 9/2C tier, C/O Cozzi opened my cell + told me to come out then when he left or continue...

| NAME OF STAFF OR INDIVIDUAL IN CUSTODY HAVING INFORMATION REGARDING THIS COMPLAINT: *(Nombre del personal o individuo que tengan información:)* | SIGNATURE of Individual in Custody: *(Individuo bajo custodia):* |
|---|---|
| | Williams 1C |

SUPERINTENDENT/DIRECTOR/DESIGNEE OF A DIVISION/UNIT MUST REVIEW AND SIGN ALL GRIEVANCES ALLEGING STAFF USE OF FORCE, STAFF MISCONDUCT, AND EMERGENCY GRIEVANCES. IF THE I.I.C. GRIEVANCE IS OF A SERIOUS NATURE, THE SUPERINTENDENT MUST INITIATE IMMEDIATE ACTION.

| CRW NAME (Print): | SIGNATURE: | DATE CRW RECIEVED: |
|---|---|---|
| Vanell | Vanell | 1/13/23 |

| SUPERINTENDENT/DIRECTOR/DESIGNEE (Print): | SIGNATURE: | DATE REVIEWED: |
|---|---|---|
| | | |

(FCN-58)(MAR 22)     (WHITE COPY – IIC SERVICES DEPT.)     (YELLOW COPY – CRW)     (PINK COPY – INDIVIDUAL IN CUSTODY)



# COOK COUNTY SHERIFF'S OFFICE
*(Oficina del Alguacil del Condado de Cook)*
## INDIVIDUAL IN CUSTODY GRIEVANCE FORM
*(Formulario de Queja del Individuo bajo Custodi)*

**CONTROL #**

**Individual In Custody SHORT #** G9474

| ! THIS SECTION IS TO BE COMPLETED BY IIC SERVICES STAFF | *(! Para ser llenado solo por el personal de IIC Services !)* |
|---|---|
| ☐ Emergency Grievance  Code | ☐ Cermak Health Services |
| ☐ Grievance | ☐ Superintendent: |
| ☐ Non-Compliant Grievance | ☐ Other: |

**PRINT - INDIVIDUAL IN CUSTODY LAST NAME** *(Imprimir - Apellido del individuo):* Williams
**PRINT - FIRST NAME** *(Imprimir – Primer nombre del individuo):* Vonstan
**BOOKING NUMBER** *(#de identificación)* 2021-1104025

**DIVISION** *(División):*
**LIVING UNIT** *(Unidad):* 9-1282
**DATE** *(Fecha):* 1-11-23

## GRIEVANCE GUIDELINES AND SUMMARY OF COMPLAINT

**Your grieved issue must meet all criteria listed below in order to be assigned a control #, to be appealed and/or to exhaust remedies.**
The grieved issue is not one of the following non-grievable matters: Classification including designation of an individual as a security risk or protective custody individual, or decisions of the disciplinary hearings officer.
The grieved issue must have occurred within the last 15 calendar days unless the allegation is of sexual assault, sexual harassment, sexual abuse or voyeurism. If the grievance includes an allegation of sexual assault, sexual harassment, sexual abuse or voyeurism no time limits exist. If you believe an exception applies please see a CRW (Correctional Rehabilitation Worker).
The grieved issue must not be a repeat submission of a grievance collected within the last 15 calendar days.
The grieved issue must not be a repeat submission of a grievance that previously received a response and was appealed.
The grieved issue must not be a repeat submission of a grievance that previously received a response and you chose not to appeal the response within 15 calendar days
The grieved issue must not contain offensive or harassing language.
The grievance form must not contain more than one issue.
The grievance issue must not pertain to non-jail related concerns such as with arresting agencies, judicial matters, or medical staff at outlying hospitals, etc.

## Directrices de quejas y resumen de quejas

**El asunto de la queja tiene que satisfacer todo el criterio listado más abajo para obtener un número de control, para ser apelado y/o agotar todos los remedios posibles.**
El asunto de la queja no puede ser ninguno de los siguientes temas, que no se consideran quejas formales: Clasificación del preso incluyendo designación del preso. Tal como riesgo de seguridad o custodia de protección para los presos, o decisiones del oficial de audiencias disciplinarias para los individuo.
El asunto de la queja debe haber ocurrido dentro de los 15 días calendarios a menos que la acusación sea de asalto sexual, acoso sexual, abuso sexual o voyerismo. Si la queja incluye acusaciones de asalto sexual, acoso sexual, abuso sexual o voyerismo no existe tiempo de límite. Si usted cree que existe una excepción, consulte con un Trabajador de Rehabilitación Correccional (TRC/CRW).
El asunto de la queja no puede ser una repetición de una queja sometida en los últimos 15 días calendarios.
El asunto de la queja no puede ser una repetición de una queja previamente recibida y la cual ya ha recibido una respuesta y fue apelada.
El asunto de la queja no puede ser una repetición de una queja previamente reciba y la cual ya ha recibo una respuesta y usted recibida no someter una apelación sobre la decisión dada en los 15 días calendarios.
El asunto de la queja no puede contener lenguaje ofensivo o amenazante
La solitud de la queja no puede contener más de un asunto.
El asunto de la queja corresponde asuntos no relacionados con la cárcel, como las agencias de arresto, los asuntos judiciales o el personal médico en los hospitales periféricos, etc.

PAGE #2 "Failure to Protect"

| REQUIRED - DATE OF INCIDENT *(Fecha del Incidente)* | REQUIRED - TIME OF INCIDENT *(Hora del Incidente)* | REQUIRED - SPECIFIC LOCATION OF INCIDENT *(Lugar Específico del Incidente)* | REQUIRED - NAME and/or IDENTIFIER(S) OF ACCUSED *(Nombre y/o Identificación del Acusado)* |
|---|---|---|---|
| Tuesday night 2nd shift 1/10/23 | 5:30 to 6pm | Div.9/2C tier to H. Deans tier. Div.9/1G tier | c/o (1022), c/o Andes, c/o watra, c/o Marquez, c/o Williams, c/o Kazmurozak |

the tier battle. I were attacked by multiple detainees twice in the dayroom. As a result, it led me to request protective custody in fear that my safety is in harm's way.'" Now, Sgt Valintin believe that I were lying & placed me in segregation I-A spoke with me & reviewed the cameras & knew I were telling the truth last but not least, while being placed in segre-gation "Div.9/1G1-1089", I were attacked by a detainee when c/os Marquez & Kazmurczak were there & failed to protect me.

**NAME OF STAFF OR INDIVIDUAL IN CUSTODY HAVING INFORMATION REGARDING THIS COMPLAINT:** *(Nombre del personal o individuo que tengan información:)*

**SIGNATURE of Individual in Custody:** *(Individuo bajo custodia):* Vonstan

SUPERINTENDENT/DIRECTOR/DESIGNEE OF A DIVISION/UNIT MUST REVIEW ALL GRIEVANCES ALLEGING STAFF USE OF FORCE, STAFF MISCONDUCT, AND EMERGENCY GRIEVANCES. IF THE IIC GRIEVANCE IS OF A SERIOUS NATURE, THE SUPERINTENDENT MUST INITIATE IMMEDIATE ACTION.

| **CRW NAME** (Print): Vanelli | **SIGNATURE:** Vanelli | **DATE CRW RECEIVED:** 1/15/23 |
|---|---|---|
| **CRW NOTATION OF SENT EMAIL (Print):** | | **DATE EMAIL NOTIFICATION SENT:** |

**COOK COUNTY SHERIFF'S OFFICE**
(Oficina del Alguacil del Condado de Cook)
**INDIVIDUAL IN CUSTODY GRIEVANCE FORM**
(Formulario de Queja del Individuo bajo Custodi)

| CONTROL # | | Individual In Custody SHORT # |
|---|---|---|

**! THIS SECTION IS TO BE COMPLETED BY IIC SERVICES STAFF** | *(! Para ser llenado solo por el personal de IIC Services !)*

☐ Emergency Grievance
☐ Grievance
☐ Non-Compliant Grievance

☐ Cermak Health Services
☐ Superintendent:_____
☐ Other:_____

**I.I.C. COPY**

PRINT - INDIVIDUAL IN CUSTODY LAST NAME *(Imprimir - Apellido del individuo):*
**Williams**

PRINT - FIRST NAME *(Imprimir – Primer nombre del individuo):*
**Vonslan**

BOOKING NUMBER *(# de identificación)*
**2021-1109025**

DIVISION *(División):*
**9**

LIVING UNIT *(Unidad):*
**3B-3308**

DATE *(Fecha):*
**2/16/23**

## GRIEVANCE GUIDELINES AND SUMMARY OF COMPLAINT

**Your grieved issue must meet all criteria listed below in order to be assigned a control #, to be appealed and/or to exhaust remedies.**
The grieved issue is not one of the following non-grievable matters: Classification, including designation of an individual as a security risk or protective custody individual, or decisions of the disciplinary hearings officer.
The grieved issue must have occurred within the last 15 calendar days unless the allegation is of sexual assault, sexual harassment, sexual abuse or voyeurism. If the grievance includes an allegation of sexual assault, sexual harassment, sexual abuse or voyeurism no time limits exist. If you believe an exception applies please see a CRW (Correctional Rehabilitation Worker).
The grieved issue must not be a repeat submission of a grievance collected within the last 15 calendar days.
The grieved issue must not be a repeat submission of a grievance that previously received a response and was appealed.
The grieved issue must not be a repeat submission of a grievance that previously received a response and you chose not to appeal the response within 15 calendar days
The grieved issue must not contain offensive or harassing language.
The grievance form must not contain more than one issue.
The grievance issue must not pertain to non-jail related concerns such as with arresting agencies, judicial matters, or medical staff at outlying hospitals, etc.

## Directrices de quejas y resumen de quejas

**El asunto de la queja tiene que satisfacer todo el criterio listado más abajo para obtener un número de control, para ser apelado y/o agotar todos los remedios posibles.**
El asunto de la queja no puede ser ninguno de los siguientes temas, que no se consideran quejas formales: Clasificación del preso incluyendo designación del preso. Tal como riesgo de seguridad o custodia de protección para los presos, o decisiones del oficial de audiencias disciplinarias para su individuo.
El asunto de la queja debe haber ocurrido dentro de los 15 días calendarios a menos que la acusación sea de asalto sexual, acoso sexual, abuso sexual o voyerismo. Si la queja incluye acusaciones de asalto sexual, acoso sexual, abuso sexual o voyerismo no existe tiempo de límite. Si usted cree que existe una excepción, consulte con un Trabajador de Rehabilitación Correccional (TRC/CRW).
El asunto de la queja no puede ser una repetición de una queja sometida en los últimos 15 días calendarios.
El asunto de la queja no puede ser una repetición de una queja previamente recibida y la cual ya ha recibido una respuesta y fue apelada.
El asunto de la queja no puede ser una repetición de una queja previamente reciba y la cual ya ha recibo una respuesta y usted recibida no someter una apelación sobre la decisión dada en los 15 días calendarios.
El asunto de la queja no puede contener lenguaje ofensivo o amenazante
La solitud de la queja no puede contener más de un asunto.
El asunto de la queja corresponde asuntos no relacionados con la cárcel, como las agencias de arresto, los asuntos judiciales o el personal médico en los hospitales periféricos, etc.

| REQUIRED - DATE OF INCIDENT *(Fecha del incidente)* | REQUIRED - TIME OF INCIDENT *(Hora del incidente)* | REQUIRED - SPECIFIC LOCATION OF INCIDENT *(Lugar Específico del Incidente)* | REQUIRED - NAME and/or IDENTIFIER(S) OF ACCUSED *(Nombre y/o Identificación del Acusado)* |
|---|---|---|---|
| 2-14-23 | 6 pm | Div. 5 & Div. 9 | I/A, CCDOC |

As of 2/10/23, I were mandated by my courtroom judge
"Judge Gillespie to be placed ~~permanently~~ permanently
in protective custody - due to my safety being in jeopardy
& CCDOC failed to protect me from being attacked by
detainees & c/o's @ Cook County Jail. However, I/A placed me
back in Div. 9 after knowing the situations that happened
to me & having sufficient evidence, as well as my judge
sending the court order of me being mandated protective
custody

NAME OF STAFF OR INDIVIDUAL IN CUSTODY HAVING INFORMATION REGARDING THIS COMPLAINT:
*(Nombre del personal o individuo que tengan información):*

SIGNATURE of Individual in Custody: *(Individuo bajo custodia):*
**Vonslan W.**

SUPERINTENDENT/DIRECTOR/DESIGNEE OF A DIVISION/UNIT MUST REVIEW ALL GRIEVANCES ALLEGING STAFF USE OF FORCE, STAFF MISCONDUCT, AND EMERGENCY GRIEVANCES. IF THE IIC GRIEVANCE IS OF A SERIOUS NATURE, THE SUPERINTENDENT MUST INITIATE IMMEDIATE ACTION.

CRW NAME *(Print):*
**M. Mitchell**

SIGNATURE:

DATE CRW RECIEVED:
**2.21.23**

CRW NOTATION OF SENT EMAIL *(Print):*

DATE EMAIL NOTIFICATION SENT:

(FCN-88) ( AUG 22) **(WHITE COPY** – IIC SERVICES DEPT.) **(YELLOW COPY** – CRW) **(PINK COPY** – INDIVIDUAL IN CUSTODY)

## COOK COUNTY SHERIFF'S OFFICE

*(Oficina del Alguacil del Condado de Cook)*

**INDIVIDUAL IN CUSTODY GRIEVANCE FORM**
*(Formulario de Queja del Individuo bajo Custodi)*

| CONTROL # | Individual In Custody SHORT # |
|---|---|

| ! THIS SECTION IS TO BE COMPLETED BY IIC SERVICES STAFF | *(! Para ser llenado solo por el personal de IIC Services !)* |
|---|---|
| ☐ Emergency Grievance <br> ☐ Grievance <br> ☐ Non-Compliant Grievance | ☐ Cermak Health Services <br> ☐ Superintendent: _____ <br> ☐ Other: _____ |

| PRINT - INDIVIDUAL IN CUSTODY LAST NAME *(Imprimir - Apellido del individuo)*: | PRINT - FIRST NAME *(Imprimir – Primer nombre del individuo)*: | BOOKING NUMBER *(# de identificación)* |
|---|---|---|

| DIVISION *(División)*: | LIVING UNIT *(Unidad)*: | DATE *(Fecha)*: |
|---|---|---|

### GRIEVANCE GUIDELINES AND SUMMARY OF COMPLAINT

**Your grieved issue must meet all criteria listed below in order to be assigned a control #, to be appealed and/or to exhaust remedies.**

The grieved issue is not one of the following non-grievable matters: Classification including designation of an individual as a security risk or protective custody individual, or decisions of the disciplinary hearings officer.

The grieved issue must have occurred within the last 15 calendar days unless the allegation is of sexual assault, sexual harassment, sexual abuse or voyeurism. If the grievance includes an allegation of sexual assault, sexual harassment, sexual abuse or voyeurism no time limits exist. If you believe an exception applies please see a CRW (Correctional Rehabilitation Worker).

The grieved issue must not be a repeat submission of a grievance collected within the last 15 calendar days.

The grieved issue must not be a repeat submission of a grievance that previously received a response and was appealed.

The grieved issue must not be a repeat submission of a grievance that previously received a response and you chose not to appeal the response within 15 calendar days

The grieved issue must not contain offensive or harassing language.

The grievance form must not contain more than one issue.

The grievance issue must not pertain to non-jail related concerns such as with arresting agencies, judicial matters, or medical staff at outlying hospitals, etc.

### Directrices de quejas y resumen de quejas

**El asunto de la queja tiene que satisfacer todo el criterio listado más abajo para obtener un número de control, para ser apelado y/o agotar todos los remedios posibles.**

El asunto de la queja no puede ser ninguno de los siguientes temas, que no se consideran quejas formales: Clasificación del preso incluyendo designación del preso. Tal como riesgo de seguridad o custodia de protección para los presos, o decisiones del oficial de audiencias disciplinarias para los individuo.

El asunto de la queja debe haber ocurrido dentro de los 15 días calendarios a menos que la acusación sea de asalto sexual, acoso sexual, abuso sexual o voyerismo. Si la queja incluye acusaciones de asalto sexual, acoso sexual, abuso sexual o voyerismo no existe tiempo de límite. Si usted cree que existe una excepción, consulte con un Trabajador de Rehabilitación Correccional (TRC/CRW).

El asunto de la queja no puede ser una repetición de una queja sometida en los últimos 15 días calendarios.

El asunto de la queja no puede ser una repetición de una queja previamente recibida y la cual ya ha recibido una respuesta y fue apelada.

El asunto de la queja no puede ser una repetición de una queja previamente reciba y la cual ya ha recibo una respuesta y usted recibida no someter una apelación sobre la decisión dada en los 15 días calendarios.

El asunto de la queja no puede contener lenguaje ofensivo o amenazante

La solitud de la queja no puede contener más de un asunto.

El asunto de la queja corresponde asuntos no relacionadas con la cárcel, como las agencias de arresto, los asuntos judiciales o el personal médico en los hospitales periféricos, etc.

| REQUIRED - DATE OF INCIDENT *(Fecha del Incidente)* | REQUIRED - TIME OF INCIDENT *(Hora del incidente)* | REQUIRED - SPECIFIC LOCATION OF INCIDENT *(Lugar Específico del Incidente)* | REQUIRED - NAME and/or IDENTIFIER(S) OF ACCUSED *(Nombre y/o Identificación del Acusado)* |
|---|---|---|---|
| 1-31-23 | | | Kaznuero... Beyer |

PAGE #1

*(handwritten summary of complaint — partially legible)*

prior to being transferred to Div 9 D-tier from 1 x 9/H segregation I asked "Ofc Beyer" can I require protective custody tier ... he stated ... you refused and you are going back to segregation" ... after the conversation, I got to Div 11-D-4 ... inmates threatening ... Officers ... I demand that I owe them my books I had mailed from Midwest Books to Kazners ...

| NAME OF STAFF OR INDIVIDUAL IN CUSTODY HAVING INFORMATION REGARDING THIS COMPLAINT: *(Nombre del personal o individuo que tengan información:)* | SIGNATURE of Individual in Custody: *(Individuo bajo costodia):* |
|---|---|

| SUPERINTENDENT/DIRECTOR/DESIGNEE OF A DIVISION/UNIT MUST REVIEW ALL GRIEVANCES ALLEGING STAFF USE OF FORCE, STAFF MISCONDUCT, AND EMERGENCY GRIEVANCES. IF THE IIC GRIEVANCE IS OF A SERIOUS NATURE, THE SUPERINTENDENT MUST INITIATE IMMEDIATE ACTION. |
|---|

| CRW NAME (Print): K. Williams | SIGNATURE: R Wm | DATE CRW RECIEVED: 2/3/23 |
|---|---|---|
| CRW NOTATION OF SENT EMAIL (Print): | | DATE EMAIL NOTIFICATION SENT: |

(FCN-88) ( AUG 22)     **(WHITE COPY** – IIC SERVICES DEPT.)     **(YELLOW COPY** – CRW)     **(PINK COPY** – INDIVIDUAL IN CUSTODY)

**COOK COUNTY SHERIFF'S OFFICE**
*(Oficina del Alguacil del Condado de Cook)*
**INDIVIDUAL IN CUSTODY GRIEVANCE FORM**
*(Formulario de Queja del Individuo bajo Custodi)*

| CONTROL # | | Individual In Custody  SHORT # |
|---|---|---|

| ! THIS SECTION IS TO BE COMPLETED BY IIC SERVICES STAFF | *(! Para ser llenado solo por el personal de IIC Services !)* |
|---|---|
| ☐ Emergency Grievance<br>☐ Grievance<br>☐ Non-Compliant Grievance | ☐ Cermak Health Services<br>☐ Superintendent:_____<br>☐ Other: _____ |

| PRINT - INDIVIDUAL IN CUSTODY LAST NAME *(Imprimir - Apellido del individuo):* | PRINT - FIRST NAME *(Imprimir – Primer nombre del individuo):* | BOOKING NUMBER *(# de identificación)* |
|---|---|---|
| Williams | Vaughn | 2021 - 1101025 |

| DIVISION *(División):* | LIVING UNIT *(Unidad):* | DATE*(Fecha):* |
|---|---|---|
| | | 2-3-23 |

## GRIEVANCE GUIDELINES AND SUMMARY OF COMPLAINT

**Your grieved issue must meet all criteria listed below in order to be assigned a control #, to be appealed and/or to exhaust remedies.**
The grieved issue is not one of the following non-grievable matters: Classification jncluding designation of an individual as a security risk or protective custody individual, or decisions of the disciplinary hearings officer.
The grieved issue must have occurred within the last 15 calendar days unless the allegation is of sexual assault, sexual harassment, sexual abuse or voyeurism. If the grievance includes an allegation of sexual assault, sexual harassment, sexual abuse or voyeurism no time limits exist. If you believe an exception applies please see a CRW (Correctional Rehabilitation Worker).
The grieved issue must not be a repeat submission of a grievance collected within the last 15 calendar days.
The grieved issue must not be a repeat submission of a grievance that previously received a response and was appealed.
The grieved issue must not be a repeat submission of a grievance that previously received a response and you chose not to appeal the response within 15 calendar days
The grievance issue must not contain offensive or harassing language.
The grievance form must not contain more than one issue.
The grievance issue must not pertain to non-jail related concerns such as with arresting agencies, judicial matters, or medical staff at outlying hospitals, etc.

### Directrices de quejas y resumen de quejas

**El asunto de la queja tiene que satisfacer todo el criterio listado más abajo para obtener un número de control, para ser apelado y/o agotar todos los remedios posibles.**
El asunto de la queja no puede ser ninguno de los siguientes temas, que no se consideran quejas formales: Clasificación jncluyendo designación del preso incluyendo designación del preso. Tal como riesgo de seguridad o custodia de protección para los presos, o decisiones del oficial de audiencias disciplinarias para el individuo.
El asunto de la queja debe haber ocurrido dentro de los 15 días calendarios a menos que la acusación sea de asalto sexual, acoso sexual, abuso sexual o voyerismo. Si la queja incluye acusaciones de asalto sexual, acoso sexual, abuso sexual o voyerismo no existe tiempo de límite. Si usted cree que existe una excepción, consulte con un Trabajador de Rehabilitación Correccional (TRC/CRW).
El asunto de la queja no puede ser una repetición de una queja sometida en los últimos 15 días calendarios.
El asunto de la queja no puede ser una repetición de una queja previamente recibida y la cual ya ha recibido una respuesta y fue apelada.
El asunto de la queja no puede ser una repetición de una queja previamente reciba y la cual ya ha recibo una respuesta y usted recibida no someter una apelación sobre la decisión dada en los 15 días calendarios.
El asunto de la queja no puede contener lenguaje ofensivo o amenazante
La solitud de la queja no puede contener más de un asunto.
El asunto de la queja corresponde asuntos no relacionadas con la cárcel, como las agencias de arresto, los asuntos judiciales o el personal médico en los hospitales periféricos, etc.

| REQUIRED -<br>DATE OF INCIDENT<br>*(Fecha del Incidente)* | REQUIRED -<br>TIME OF INCIDENT<br>*(Hora del Incidente)* | REQUIRED -<br>SPECIFIC LOCATION OF INCIDENT<br>*(Lugar Específico del Incidente)* | REQUIRED -<br>NAME and/or IDENTIFIER(S) OF ACCUSED<br>*(Nombre y/o Identificación del Acusado)* |
|---|---|---|---|
| | approximately<br>7:15 - 8:10 am | Div. 1-D | Kazmierczak, Winder, |
| | | | |

NAME OF STAFF OR INDIVIDUAL IN CUSTODY HAVING INFORMATION REGARDING THIS COMPLAINT:
*(Nombre del personal o individuo que tengan información:)*

SIGNATURE of Individual in Custody : *(Individuo bajo custodia):*

SUPERINTENDENT/DIRECTOR/DESIGNEE OF A DIVISION/UNIT MUST REVIEW ALL GRIEVANCES ALLEGING STAFF USE OF FORCE, STAFF MISCONDUCT, AND EMERGENCY GRIEVANCES. IF THE IIC GRIEVANCE IS OF A SERIOUS NATURE, THE SUPERINTENDENT MUST INITIATE IMMEDIATE ACTION.

| CRW NAME (Print):<br>K. Williams | SIGNATURE: | DATE CRW RECIEVED:<br>2-3-23 |
|---|---|---|
| CRW NOTATION OF SENT EMAIL (Print): | | DATE EMAIL NOTIFICATION SENT: |

(FCN-88) ( AUG 22)  **(WHITE COPY** – IIC SERVICES DEPT.)  **(YELLOW COPY** – CRW)  **(PINK COPY** – INDIVIDUAL IN CUSTODY)



**COOK COUNTY SHERIFF'S OFFICE**
*(Oficina Del Alguacil del Condado de Cook)*

**INDIVIDUAL IN CUSTODY GRIEVANCE RESPONSE/APPEAL FORM**
*(Individuo bajo custodia - formulario de respuesta/apelación de queja)*

| CONTROL NUMBER | Individual In Custody SHORT #: |
|---|---|
| 2022 × 15321 | 694714 |

PRINT: CRW LAST NAME
M. Mitchell

---

**INFORMATION TO BE COMPLETED BY IIC SERVICES PERSONNEL ONLY**

Individual In Custody LAST NAME: Williams

Individual In Custody FIRST NAME: Vonsean

BOOKING ID # : 2021-1109025

GRIEVANCE ISSUE AS DETERMINED BY CRW: 330 - Security Procedures (msc)

IMMEDIATE CRW RESPONSE (if applicable):

CRW/ REFERRED THIS GRIEVANCE TO ( *Example: Superintendent, Cermak Health Services* ): Div 9

DATE REFERRED: 12 / 16 / 22

---

**RESPONSE BY PERSONNEL HANDLING REFERRAL**

IIC, made no allegation against Staff. IIC's medical condition mandates that he is held in Division IX, so he can receive appropriate medical care. Insufficient evidence to move further.

PERSONNEL RESPONDING TO GRIEVANCE (! Print !): Lt Nple

SIGNATURE:

DIV./DEPT.: 9

DATE: 26, Dec, 22

---

**THIS SECTION IS TO BE COMPLETED BY INDIVIDUAL IN CUSTODY !** *(Esta sección debe ser completada por el individuo.)*

INDIVIDUAL IN CUSTODY SIGNATURE *(Firma del individuo bajo custodia.:*  Vonsean Williams

DATE RESPONSE WAS RECEIVED: *(Fecha en que la respuesta fue recibida)*  1 / 1 / 23

---

**INDIVIDUAL IN CUSTODY 'S REQUEST FOR AN APPEAL** *( Solicitud de apelación del individuo )*

- To exhaust administrative remedies, a grievance appeal must be made on this form and within 15 calendar days of the date the individual received the above notated response. An appeal must be filed in **ALL** circumstances in order to exhaust administrative remedies, regardless if the grieved issue(s) have been referred for further review and/or investigation. Any pending O.P.R. review or investigation, is **NOT** part of the grievance appeal process.
  *Para agotar los recursos administrativos, las apelaciones de quejas se deben realizar en este formulario y dentro de los 15 días calendarios a partir de la fecha en que el individuo recibió la respuesta anotada anteriormente. Se debe presentar una apelación en TODAS las circunstancias a fin de agotar los recursos administrativos, independientemente si los asuntos de la queja han sido referidos para una revisión y/o investigación. Cualquier revisión o investigación pendiente de OPR NO es parte del proceso de apelación de quejas.)*

INDIVIDUAL IN CUSTODY BASIS FOR AN APPEAL: *(Base de apelación del individuo.)*
DATE OF APPEAL REQUEST: *(Fecha de la solicitud de la apelación.)*  1 / 4 / 23

I'm being target for having multiple lawsuits & written ORF's & grievances against CCDOC staffs & I feel very unsafe.

---

**DIRECTOR'S/DESIGNEE'S ACCEPTANCE OF BASIS/REQUEST OF APPEAL?**
*(Aceptación del Director/Designado de la solicitud de apelación del individuo.)*

Yes   **No**

IIC SERVICES DIRECTOR/DESIGNEE'S DECISION OR RECOMMENDATION: *(Decisión o recomendación por parte del Director de Servicios de IIC / Designado.)*

Original Response to stand

IIC SERVICES DIRECTOR/DESIGNEE *(Director de Servicios de IIC / Designado)*: Mueller

SIGNATURE *(Firmo)*:

DATE *(Fecha)*: 1 / 6 / 23

---

Appeal response and/or decision returned to IIC via inter-departmental mail, U.S. Mail or CRW delivery.
*(Su respuesta de apelación y/o decisión será entregado al IIC por Correo interno del departamento, Correo de EE. UU. o del Trabajador Social (CRW).)*

DATE APPEAL RESPONSE/DECISION WAS FORWARDED:
*(Fecha en que se envió la respuesta/decisión de apelación.)*
JAN 1 0 2023
/ /

(FCN-89)(AUG 22)    (WHITE COPY – IIC SERVICES)    (YELLOW COPY – CRW)    (PINK COPY – INDIVIDUAL IN CUSTODY)

# COOK COUNTY SHERIFF'S OFFICE

*(Oficina del Alguacil del Condado de Cook)*
**INDIVIDUAL IN CUSTODY GRIEVANCE FORM**
*(Formulario de Queja del Individuo bajo Custodi)*

**CONTROL #**

**Individual in Custody SHORT #**

| ! THIS SECTION IS TO BE COMPLETED BY IIC SERVICES STAFF | *(! Para ser llenado solo por el personal de IIC Services !)* |
|---|---|
| ☐ Emergency Grievance <br> ☐ Grievance <br> ☐ Non-Compliant Grievance | ☐ Cermak Health Services <br> ☐ Superintendent:_____ <br> ☐ Other: _____ |

**PRINT - INDIVIDUAL IN CUSTODY LAST NAME** *(Imprimir - Apellido del individuo):* Williams

**PRINT - FIRST NAME** *(Imprimir – Primer nombre del individuo):* Vonstan

**BOOKING NUMBER** *(# de identificación)*: 2021-1104025

**DIVISION** *(División):* 5

**LIVING UNIT** *(Unidad):* 1D-04-15

**DATE***(Fecha):* 2-6-23

## GRIEVANCE GUIDELINES AND SUMMARY OF COMPLAINT

**Your grieved issue must meet all criteria listed below in order to be assigned a control #, to be appealed and/or to exhaust remedies.**

The grieved issue is not one of the following non-grievable matters: Classification including designation of an individual as a security risk or protective custody individual, or decisions of the disciplinary hearings officer.

The grieved issue must have occurred within the last 15 calendar days unless the allegation is of sexual assault, sexual harassment, sexual abuse or voyeurism. If the grievance includes an allegation of sexual assault, sexual harassment, sexual abuse or voyeurism no time limits exist. If you believe an exception applies please see a CRW (Correctional Rehabilitation Worker).

The grieved issue must not be a repeat submission of a grievance collected within the last 15 calendar days.

The grieved issue must not be a repeat submission of a grievance that previously received a response and was appealed.

The grieved issue must not be a repeat submission of a grievance that previously received a response and you chose not to appeal the response within 15 calendar days

The grieved issue must not contain offensive or harassing language.

The grievance form must not contain more than one issue.

The grievance issue must not pertain to non-jail related concerns such as with arresting agencies, judicial matters, or medical staff at outlying hospitals, etc.

## Directrices de quejas y resumen de quejas

**El asunto de la queja tiene que satisfacer todo el criterio listado más abajo para obtener un número de control, para ser apelado y/o agotar todos los remedios posibles.**

El asunto de la queja no puede ser ninguno de los siguientes temas, que no se consideran quejas formales: Clasificación del preso incluyendo designación del preso. Tal como riesgo de seguridad o custodia de protección para los presos, o decisiones del oficial de audiencias disciplinarias para los individuo.

El asunto de la queja debe haber ocurrido dentro de los 15 días calendarios a menos que la acusación sea de asalto sexual, acoso sexual, abuso sexual o voyerismo. Si la queja incluye acusaciones de asalto sexual, acoso sexual, abuso sexual o voyerismo no existe tiempo de límite. Si usted cree que existe una excepción, consulte con un Trabajador de Rehabilitación Correccional (TRC/CRW).

El asunto de la queja no puede ser una repetición de una queja sometida en los últimos 15 días calendarios.

El asunto de la queja no puede ser una repetición de una queja previamente recibida y la cual ya ha recibido una respuesta y fue apelada.

El asunto de la queja no puede ser una repetición de una queja previamente reciba y la cual ya ha recibo una respuesta y usted recibida no someter una apelación sobre la decisión dada en los 15 días calendarios.

El asunto de la queja no puede contener lenguaje ofensivo o amenazante

La solicitud de la queja no puede incluir más de un asunto.

El asunto de la queja corresponde asuntos no relacionadas con la cárcel, como las agencias de arresto, los asuntos judiciales o el personal médico en los hospitales periféricos, etc.

Page #1

| **REQUIRED -** <br> **DATE OF INCIDENT** <br> *(Fecha del Incidente)* | **REQUIRED -** <br> **TIME OF INCIDENT** <br> *(Hora del incidente)* | **REQUIRED -** <br> **SPECIFIC LOCATION OF INCIDENT** <br> *(Lugar Específico del Incidente)* | **REQUIRED -** <br> **NAME and/or IDENTIFIER(S) OF ACCUSED** <br> *(Nombre y/o Identificación del Acusado)* |
|---|---|---|---|
| 2-3-23 | 6pm | Div.5 | I-A, Superintendent, CCDOC |

I were investigated as to why I need protective custody. My (sponsers) were? Not only I've been sexually sodomized by detainees back in 5-31-20, this whole January 2023, I were attacked by various detainees, I were even assaulted by detainees several times in the year of 2022. Not to long ago, on 1-5-23 between 10:15pm-10:45pm, 2 different (cleks?) (totally?) beatin me, which left me with a broken nose, As I suffered from these traumatizing situations, I ∞ CONTINUE ∞

**NAME OF STAFF OR INDIVIDUAL IN CUSTODY HAVING INFORMATION REGARDING THIS COMPLAINT:**
*(Nombre del personal o individuo que tengan información:)*

**SIGNATURE of Individual in Custody :** *(Individuo bajo custodia):*
Vonstan J.W.

SUPERINTENDENT/DIRECTOR/DESIGNEE OF A DIVISION/UNIT MUST REVIEW ALL GRIEVANCES ALLEGING STAFF USE OF FORCE, STAFF MISCONDUCT, AND EMERGENCY GRIEVANCES. IF THE IIC GRIEVANCE IS OF A SERIOUS NATURE, THE SUPERINTENDENT MUST INITIATE IMMEDIATE ACTION.

**CRW NAME (Print):** K. Williams

**SIGNATURE:** K Wms

**DATE CRW RECIEVED:** 2|6|23

**CRW NOTATION OF SENT EMAIL (Print):**

**DATE EMAIL NOTIFICATION SENT:**

(FCN-88) ( AUG 22) **(WHITE COPY** – IIC SERVICES DEPT.) **(YELLOW COPY** – CRW) **(PINK COPY** – INDIVIDUAL IN CUSTODY)

# COOK COUNTY SHERIFF'S OFFICE

*(Oficina del Alguacil del Condado de Cook)*

**INDIVIDUAL IN CUSTODY GRIEVANCE FORM**

*(Formulario de Queja del Individuo bajo Custodi)*

| CONTROL # | Individual In Custody SHORT # |
|---|---|

| ! THIS SECTION IS TO BE COMPLETED BY IIC SERVICES STAFF | *(! Para ser llenado solo por el personal de IIC Services !)* |
|---|---|
| ☐ Emergency Grievance <br> ☐ Grievance <br> ☐ Non-Compliant Grievance | ☐ Cermak Health Services <br> ☐ Superintendent:_____ <br> ☐ Other: _____ |

| PRINT - INDIVIDUAL IN CUSTODY LAST NAME *(Imprimir - Apellido del individuo):* WILLIAMS | PRINT - FIRST NAME *(Imprimir – Primer nombre del individuo):* Vonscau | BOOKING NUMBER *(# de identificación)* 2021-110025 |
|---|---|---|
| DIVISION *(División):* 5 | LIVING UNIT *(Unidad):* 11-DFII8 | DATE *(Fecha):* 2-10-23 |

## GRIEVANCE GUIDELINES AND SUMMARY OF COMPLAINT

**Your grieved issue must meet all criteria listed below in order to be assigned a control #, to be appealed and/or to exhaust remedies.**

The grieved issue is not one of the following non-grievable matters: Classification including designation of an individual as a security risk or protective custody individual, or decisions of the disciplinary hearings officer.

The grieved issue must have occurred within the last 15 calendar days unless the allegation is of sexual assault, sexual harassment, sexual abuse or voyeurism. If the grievance includes an allegation of sexual assault, sexual harassment, sexual abuse or voyeurism no time limits exist. If you believe an exception applies please see a CRW (Correctional Rehabilitation Worker).

The grieved issue must not be a repeat submission of a grievance collected within the last 15 calendar days.

The grieved issue must not be a repeat submission of a grievance that previously received a response and was appealed.

The grieved issue must not be a repeat submission of a grievance that previously received a response and you chose not to appeal the response within 15 calendar days

The grieved issue must not contain offensive or harassing language.

The grievance form must not contain more than one issue.

The grievance issue must not pertain to non-jail related concerns such as with arresting agencies, judicial matters, or medical staff at outlying hospitals, etc.

### Directrices de quejas y resumen de quejas

**El asunto de la queja tiene que satisfacer todo el criterio listado más abajo para obtener un número de control, para ser apelado y/o agotar todos los remedios posibles.**

El asunto de la queja no puede ser ninguno de los siguientes temas, que no se consideran quejas formales: Clasificación del preso incluyendo designación del preso. Tal como riesgo de seguridad o custodia de protección para los presos, o decisiones del oficial de audiencias disciplinarias para su individuo.

El asunto de la queja debe haber ocurrido dentro de los 15 días calendarios a menos que la acusación sea de asalto sexual, acoso sexual, abuso sexual o voyerismo. Si la queja incluye acusaciones de asalto sexual, acoso sexual, abuso sexual o voyerismo no existe tiempo de límite. Si usted cree que existe una excepción, consulte con un Trabajador de Rehabilitación Correccional (TRC/CRW).

El asunto de la queja no puede ser una repetición de una queja sometida en los últimos 15 días calendarios.

El asunto de la queja no puede ser una repetición de una queja previamente recibida y la cual ya ha recibido una respuesta y fue apelada.

El asunto de la queja no puede ser una repetición de una queja previamente reciba y la cual ya ha recibo una respuesta y usted recibida no someter una apelación sobre la decisión dada en los 15 días calendarios.

El asunto de la queja no puede contener lenguaje ofensivo o amenazante

La solitud de la queja no puede contener más de un asunto.

El asunto de la queja corresponde asuntos no relacionadas con la cárcel, como las agencias de arresto, los asuntos judiciales o el personal médico en los hospitales periféricos, etc.

Page # 2

| REQUIRED - <br> DATE OF INCIDENT <br> *(Fecha del Incidente)* | REQUIRED - <br> TIME OF INCIDENT <br> *(Hora del Incidente)* | REQUIRED - <br> SPECIFIC LOCATION OF INCIDENT <br> *(Lugar Específico del Incidente)* | REQUIRED - <br> NAME and/or IDENTIFIER(S) OF ACCUSED <br> *(Nombre y/o Identificación del Acusado)* |
|---|---|---|---|
| 2-5-27 | 6pm | Div. 5 | I.A. Super Intendent CCDOC |

a. Assured I-A, Superintendent of CCDOC that my safety is in line, + due to the sworn officers / personnel's failed to protect me in all righteous endeavours, now I'm afraid what's gone happened next. I don't have any other options to ensure I'll be safe, So I'm being denied protective custody & or the requirests to be sure my safety is not in danger & or in jeopardy. It's my CCDOC right when I informed CCDOC & or staffs that I don't feel safe they shall help me. ×80

| NAME OF STAFF OR INDIVIDUAL IN CUSTODY HAVING INFORMATION REGARDING THIS COMPLAINT: <br> *(Nombre del personal o individuo que tengan información:)* | SIGNATURE of Individual in Custody : *(Individuo bajo custodia):* |
|---|---|
| | |

| SUPERINTENDENT/DIRECTOR/DESIGNEE OF A DIVISION/UNIT MUST REVIEW ALL GRIEVANCES ALLEGING STAFF USE OF FORCE, STAFF MISCONDUCT, AND EMERGENCY GRIEVANCES. IF THE IIC GRIEVANCE IS OF A SERIOUS NATURE, THE SUPERINTENDENT MUST INITIATE IMMEDIATE ACTION. | | |
|---|---|---|
| CRW NAME (Print): <br> K. Williams | SIGNATURE: | DATE CRW RECIEVED: <br> 2/6/23 |
| CRW NOTATION OF SENT EMAIL (Print): | | DATE EMAIL NOTIFICATION SENT: |

(FCN-88) ( AUG 22)   **(WHITE COPY** – IIC SERVICES DEPT.)   **(YELLOW COPY** – CRW)   **(PINK COPY** – INDIVIDUAL IN CUSTODY)



*(Oficina del Alguacil del Condado de Cook)*

| CONTROL # | INMATE ID # |
|---|---|

## INMATE GRIEVANCE FORM
*(Formulario de Queja del Preso)*

| ! THIS SECTION IS TO BE COMPLETED BY INMATE SERVICES STAFF ONLY ! | (! Para ser llenado solo por el personal de Inmate Services !) |
|---|---|
| ☐ Emergency Grievance | ☐ Cermak Health Services |
| ☐ Grievance | ☐ Superintendent:_____ |
| ☐ Non-Compliant Grievance | ☐ Other: _____ |

| PRINT - INMATE LAST NAME (Apellido del Preso): | PRINT - FIRST NAME (Primer Nombre): | INMATE BOOKING NUMBER (# de identificación del Preso) |
|---|---|---|
| Williams | Vonsean | 2021 1109025 |

| DIVISION (División): | LIVING UNIT (Unidad): | DATE (Fecha): |
|---|---|---|
| 10 | 2C 09 | 2-2-22 |

## GRIEVANCE GUIDELINES AND SUMMARY OF COMPLAINT

**Your grieved issue must meet all criteria listed below in order to be assigned a control #, to be appealed and/or to exhaust remedies.**

The grieved issue is not one of the following non-grievable matters: inmate classification including designation of an inmate as a security risk or protective custody inmate, or decisions of the inmate disciplinary hearings officer.

The grieved issue must have occurred within the last 15 calendar days unless the allegation is of sexual assault, sexual harassment, sexual abuse or voyeurism. If the grievance includes an allegation of sexual assault, sexual harassment, sexual abuse or voyeurism no time limits exist. If you believe an exception applies please see a CRW (Correctional Rehabilitation Worker.)

The grieved issue must not be a repeat submission of a grievance collected within the last 15 calendar days.

The grieved issue must not be a repeat submission of a grievance that previously received a response and was appealed.

The grieved issue must not be a repeat submission of a grievance that previously received a response and you chose not to appeal the response within 15 calendar days

The grieved issue must not contain offensive or harassing language.

The grievance form must not contain more than one issue.

The grievance issue must not pertain to non-jail related concerns such as with arresting agencies, judicial matters, or medical staff at outlying hospitals, etc.

## DIRECTRICES PARA AGRAVIOS Y RESUMEN DE QUEJA

**El asunto de la queja tiene que satisfacer todo el criterio listado más abajo para obtener un número de control, para ser apelado y/o agotar todos los remedios posibles.**

El asunto de la queja no puede ser ninguno de los siguientes temas, que no se consideran quejas formales: Clasificación del preso incluyendo designación del preso. Tal como riesgo de seguridad o custodia de protección para los presos, o decisiones del oficial de audiencias disciplinarias para los presos.

El asunto de la queja formal tiene que haber pasado en los últimos 15 días calendarias a menos que la acusación sea de acoso sexual, sexual hostigamiento, sexual abuso. O voyerismo. Si la queja incluye acusaciones de acoso sexual, hostigamiento, voyerismo, o abuso, no existe tiempo límite. Si usted cree que existe una excepción, hable o vea a un Trabajador de Rehabilitación Correccional (TRC/CRW).

El asunto de la queja no puede ser una repetición de una queja sometida en los últimos 15 días calendarios.

El asunto de la queja no puede ser una repetición de una queja previamente recibida y la cual ya ha recibido una respuesta y fue apelada.

El asunto de la queja no puede ser una repetición de una queja previamente reciba y la cual ya ha recibo una respuesta y usted recibida no someter una apelación sobre la decisión dada en los 15 días calendarios.

El asunto de la queja no puede contener lenguaje ofensivo o amenazante

La solitud de la queja no puede contener más de un asunto.

El asunto de la queja puede corresponder a asuntos no relacionados con la cárcel tal como preocupaciones sobre la agencia de arresto, asuntos judiciales, o empleados médicos de hospitales periféricos, etc.

| REQUIRED - DATE OF INCIDENT (Fecha del Incidente) | REQUIRED - TIME OF INCIDENT (Horad del Incidente) | REQUIRED - SPECIFIC LOCATION OF INCIDENT (Lugar Específico del Incidente) | REQUIRED - NAME and/or IDENTIFIER(S) OF ACCUSED (Nombre y/o Identificación del Acusado) |
|---|---|---|---|
| 2-2-22 | 9 Am | Div. 10/2C Tier | CCDCC Classification |

On this written time & date, I'm concerned whit my detainee ID is granges? I don't have a chaiged, nor been convicted of a staff assault + or any case on any CCDCC officers / staff members. Can you please switch my ID back white or explain what is going on?

| NAME OF STAFF OR INMATE(S) HAVING INFORMATION REGARDING THIS COMPLAINT: (Nombre del personal o presos que tengan información:) | INMATE SIGNATURE : (Firma del Preso): Vonsean R. W_ |
|---|---|

**SUPERINTENDENT/DIRECTOR/DESIGNEE OF A DIVISION/UNIT MUST REVIEW AND SIGN ALL GRIEVANCES ALLEGING STAFF USE OF FORCE, STAFF MISCONDUCT, AND EMERGENCY GRIEVANCES. IF THE INMATE GRIEVANCE IS OF A SERIOUS NATURE, THE SUPERINTENDENT MUST INITIATE IMMEDIATE ACTION.**

| CRW/PLATOON COUNSELOR (Print): | SIGNATURE: | DATE CRW/PLATOON COUNSELOR RECIEVED: 2/1/22 |
|---|---|---|
| SUPERINTENDENT/DIRECTOR/DESIGNEE (Print): | SIGNATURE: | DATE REVIEWED: |

(FCN-73)(NOV 17)     **(WHITE COPY** – INMATE SERVICES)    **(YELLOW COPY** – CRW/PLATOON COUNSELOR)    **(PINK COPY** – INMATE)

# COOK COUNTY SHERIFF'S OFFICE

*(Oficina del Alguacil del Condado de Cook)*

**INDIVIDUAL IN CUSTODY GRIEVANCE FORM**
*(Formulario de Queja del Individuo bajo Custodi)*

| CONTROL # | Individual In Custody SHORT # |
|---|---|

| ! THIS SECTION IS TO BE COMPLETED BY IIC SERVICES STAFF | *(! Para ser llenado solo por el personal de IIC Services !)* |
|---|---|
| ☐ Emergency Grievance <br> ☐ Grievance <br> ☐ Non-Compliant Grievance | ☐ Cermak Health Services <br> ☐ Superintendent:_____ <br> ☐ Other: _____ |

| PRINT - INDIVIDUAL IN CUSTODY LAST NAME *(Imprimir - Apellido del individuo):* | PRINT - FIRST NAME *(Imprimir – Primer nombre del individuo):* | BOOKING NUMBER *(# de identificación)* |
|---|---|---|
| Williams | Vonsean | 2021-110025 |

| DIVISION *(División):* | LIVING UNIT *(Unidad):* | DATE *(Fecha):* |
|---|---|---|
| 6 | D-102 | 10-16-22 |

## GRIEVANCE GUIDELINES AND SUMMARY OF COMPLAINT

<u>Your grieved issue must meet all criteria listed below in order to be assigned a control #, to be appealed and/or to exhaust remedies.</u> The grieved issue is not one of the following non-grievable matters: Classification, including designation of an individual as a security risk or protective custody individual, or decisions of the disciplinary hearings officer.

The grieved issue must have occurred within the last 15 calendar days unless the allegation is of sexual assault, sexual harassment, sexual abuse or voyeurism. If the grievance includes an allegation of sexual assault, sexual harassment, sexual abuse or voyeurism no time limits exist. If you believe an exception applies please see a CRW (Correctional Rehabilitation Worker).

The grieved issue must not be a repeat submission of a grievance collected within the last 15 calendar days.

The grieved issue must not be a repeat submission of a grievance that previously received a response and was appealed.

The grieved issue must not be a repeat submission of a grievance that previously received a response and you chose not to appeal the response within 15 calendar days.

The grievance form must not contain offensive or harassing language.

The grievance must not contain more than one issue.

The grievance issue must not pertain to non-jail related concerns such as with arresting agencies, judicial matters, or medical staff at outlying hospitals, etc.

### Directrices de quejas y resumen de quejas

<u>El asunto de la queja tiene que satisfacer todo el criterio listado más abajo para obtener un número de control, para ser apelado y/o agotar todos los remedios posibles.</u>

El asunto de la queja no puede ser ninguno de los siguientes temas, que no se consideran quejas formales: Clasificación del preso incluyendo designación del preso. Tal como riesgo de seguridad o custodia de protección para los presos, o decisiones del oficial de audiencias disciplinarias para su individuo.

El asunto de la queja debe haber ocurrido dentro de los 15 días calendarios a menos que la acusación sea de asalto sexual, acoso sexual, abuso sexual o voyerismo. Si la queja incluye acusaciones de asalto sexual, acoso sexual, abuso sexual o voyerismo no existe tiempo de límite. Si usted cree que existe una excepción, consulte con un Trabajador de Rehabilitación Correccional (TRC/CRW).

El asunto de la queja no puede ser una repetición de una queja sometida en los últimos 15 días calendarios.

El asunto de la queja no puede ser una repetición de una queja previamente recibida y la cual ya ha recibido una respuesta y fue apelada.

El asunto de la queja no puede ser una repetición de una queja previamente reciba y la cual ya ha recibo una respuesta y usted recibida no someter una apelación sobre la decisión dada en los 15 días calendarios.

El asunto de la queja no puede contener lenguaje ofensivo o amenazante

La solicitud de la queja no puede contener más de un asunto.

El asunto de la queja corresponde asuntos no relacionadas con la cárcel, como las agencias de arresto, los asuntos judiciales o el personal médico en los hospitales periféricos, etc.

| REQUIRED - <br> DATE OF INCIDENT <br> *(Fecha del Incidente)* | REQUIRED - <br> TIME OF INCIDENT <br> *(Hora del incidente)* | REQUIRED - <br> SPECIFIC LOCATION OF INCIDENT <br> *(Lugar Específico del Incidente)* | REQUIRED - <br> NAME and/or IDENTIFIER(S) OF ACCUSED <br> *(Nombre y/o Identificación del Acusado)* |
|---|---|---|---|
| 10-14-22 | 2 shift <br> 3PM - 11PM | Div. 6 / 1C Tier | Sgt. Alonzo, 1/o Norris <br> 1/o McKay, S/o Valades |

I'm been written up a disciplinary for false allegations that my former cellmate made saying I threatened him when I haven't. The dispute was my former cellmate displayed actions, where as now I'm paranoid, alert. Then when I ask him, "why you having blankets & bed sheets around the bed as curtains only to face around & masturbate while I'm asleep & come to find out, he didn't know any English so how did I get written up.

| NAME OF STAFF OR INDIVIDUAL IN CUSTODY HAVING INFORMATION REGARDING THIS COMPLAINT: <br> *(Nombre del personal o individuo que tengan información:)* | SIGNATURE of Individual in Custody: *(Individuo bajo custodia):* |
|---|---|
| | Vonsean Williams |

SUPERINTENDENT/DIRECTOR/DESIGNEE OF A DIVISION/UNIT MUST REVIEW AND SIGN ALL GRIEVANCES ALLEGING STAFF USE OF FORCE, STAFF MISCONDUCT, AND EMERGENCY GRIEVANCES. IF THE I.I.C. GRIEVANCE IS OF A SERIOUS NATURE, THE SUPERINTENDENT MUST INITIATE IMMEDIATE ACTION.

| CRW NAME (Print): | SIGNATURE: | DATE CRW RECIEVED: |
|---|---|---|
| D. Jones | | 10/17/22 |

| SUPERINTENDENT/DIRECTOR/DESIGNEE (Print): | SIGNATURE: | DATE REVIEWED: |
|---|---|---|
| | | |

| (FCN-58)(MAR 22) | (WHITE COPY – IIC SERVICES DEPT.) | (YELLOW COPY – CRW) | (PINK COPY – INDIVIDUAL IN CUSTODY) |
|---|---|---|---|

# COOK COUNTY SHERIFF'S OFFICE

*(Oficina del Alguacil del Condado de Cook)*

**INDIVIDUAL IN CUSTODY GRIEVANCE FORM**

*(Formulario de Queja del Individuo bajo Custodi)*

| CONTROL # | Individual In Custody SHORT # |
|---|---|
| | |

| ! THIS SECTION IS TO BE COMPLETED BY IIC SERVICES STAFF | *(! Para ser llenado solo por el personal de IIC Services !)* |
|---|---|
| ☐ Emergency Grievance<br>☐ Grievance<br>☐ Non-Compliant Grievance | ☐ Cermak Health Services<br>☐ Superintendent:_____<br>☐ Other: _____ |

| PRINT - INDIVIDUAL IN CUSTODY LAST NAME *(Imprimir - Apellido del individuo):* | PRINT - FIRST NAME *(Imprimir – Primer nombre del individuo):* | BOOKING NUMBER *(# de identificación)* |
|---|---|---|
| Williams | VonSean | 2021-1109025 |

| DIVISION *(División):* | LIVING UNIT *(Unidad):* | DATE *(Fecha):* |
|---|---|---|
| V | IC-LO2 | 10-16-8 22 |

## GRIEVANCE GUIDELINES AND SUMMARY OF COMPLAINT

<u>Your grieved issue must meet all criteria listed below in order to be assigned a control #, to be appealed and/or to exhaust remedies.</u>

The grieved issue is not one of the following non-grievable matters: Classification,including designation of an individual as a security risk or protective custody individual,or decisions of the disciplinary hearings officer.

The grieved issue must have occurred within the last 15 calendar days unless the allegation is of sexual assault, sexual harassment, sexual abuse or voyeurism. If the grievance includes an allegation of sexual assault, sexual harassment, sexual abuse or voyeurism no time limits exist. If you believe an exception applies please see a CRW (Correctional Rehabilitation Worker).

The grieved issue must not be a repeat submission of a grievance collected within the last 15 calendar days.

The grieved issue must not be a repeat submission of a grievance that previously received a response and was appealed.

The grieved issue must not be a repeat submission of a grievance that previously received a response and you chose not to appeal the response within 15 calendar days

The grievance form must not contain offensive or harassing language.

The grievance issue must not pertain to non-jail related concerns such as with arresting agencies, judicial matters, or medical staff at outlying hospitals, etc.

### Directrices de quejas y resumen de quejas

El asunto de la queja tiene que satisfacer todo el criterio listado más abajo para obtener un número de control, para ser apelado y/o agotar todos los remedios posibles.

El asunto de la queja no puede ser ninguno de los siguientes temas, que no se consideran quejas formales: Clasificación del preso incluyendo designación del preso. Tal como riesgo de seguridad o custodia de protección para los presos, o decisiones del oficial de audiencias disciplinarias para los individuo.

El asunto de la queja debe haber ocurrido dentro de los 15 días calendarios a menos que la acusación sea de asalto sexual, acoso sexual, abuso sexual o voyerismo. Si la queja incluye acusaciones de asalto sexual, acoso sexual, abuso sexual o voyerismo no existe tiempo de límite. Si usted cree que existe una excepción, consulte con un Trabajador de Rehabilitación Correccional (TRC/CRW).

El asunto de la queja no puede ser una repetición de una queja sometida en los últimos 15 días calendarios.

El asunto de la queja no puede ser una repetición de una queja previamente recibida y la cual ya ha recibido una respuesta y fue apelada.

El asunto de la queja no puede ser una repetición de una queja previamente reciba y la cual ya ha recibo una respuesta y usted recibida no someter una apelación sobre la decisión dada en los 15 días calendarios.

El asunto de la queja no puede contener lenguaje ofensivo o amenazante

La solitud de la queja no puede contener más de un asunto.

El asunto de la queja corresponde asuntos no relacionadas con la cárcel, como las agencias de arresto, los asuntos judiciales o el personal médico en los hospitales periféricos, etc.

| REQUIRED -<br>DATE OF INCIDENT<br>*(Fecha del incidente)* | REQUIRED -<br>TIME OF INCIDENT<br>*(Hora del incidente)* | REQUIRED -<br>SPECIFIC LOCATION OF INCIDENT<br>*(Lugar Específico del Incidente)* | REQUIRED -<br>NAME and/or IDENTIFIER(S) OF ACCUSED<br>*(Nombre y/o Identificación del Acusado)* |
|---|---|---|---|
| 10-9-22 | 12/2am 2nd shift | DIV. 9 / DIV. 5 &<br>DIV. 6 I-A | c/o DeAngers, c/o Grayson<br>Utainut Kywan Lee, I-A<br>Sgt. Miller |

After my safety was at risk when I were attacked by my former cellmate, Kywan Lee, Sexually harassed by Daquon Rice, then c/o DeAngers & Grayson failed to protect my well being, this being assaulted with human waste in Div. 9 "feces & urine" thrown at me. Now, Sgt. Miller video record this interview & failed to have I-A to follow through with me pressing charges on these offenders.

| NAME OF STAFF OR INDIVIDUAL IN CUSTODY HAVING INFORMATION REGARDING THIS COMPLAINT:<br>*(Nombre del personal o individuo que tengan información:)* | SIGNATURE of Individual in Custody: *(Individuo bajo custodia):* |
|---|---|
| | VonSean K |

SUPERINTENDENT/DIRECTOR/DESIGNEE OF A DIVISION/UNIT MUST REVIEW ALL GRIEVANCES ALLEGING STAFF USE OF FORCE, STAFF MISCONDUCT, AND EMERGENCY GRIEVANCES. IF THE IIC GRIEVANCE IS OF A SERIOUS NATURE, THE SUPERINTENDENT MUST INITIATE IMMEDIATE ACTION.

| CRW NAME (Print): | SIGNATURE: | DATE CRW RECIEVED: |
|---|---|---|
| Jones | | 10/17/22 |

| CRW NOTATION OF SENT EMAIL (Print): | | DATE EMAIL NOTIFICATION SENT: |
|---|---|---|
| | | |

(FCN-88) ( AUG 22)    **(WHITE COPY** – IIC SERVICES DEPT.)    **(YELLOW COPY** – CRW)    **(PINK COPY** – INDIVIDUAL IN CUSTODY)

COOK COUNTY SHERIFF'S OFFICE
*(Oficina del Alguacil del Condado de Cook)*
**INDIVIDUAL IN CUSTODY GRIEVANCE FORM**
*(Formulario de Queja del Individuo bajo Custodia)*

**CONTROL #**

**Individual In Custody SHORT #**
694714

| ! THIS SECTION IS TO BE COMPLETED BY IIC SERVICES STAFF | *(! Para ser llenado solo por el personal de IIC Services !)* |
|---|---|
| ☐ Emergency Grievance<br>☐ Grievance<br>☐ Non-Compliant Grievance    O80 | ☐ Cermak Health Services<br>☐ Superintendent:_____<br>☐ Other: OPR |

| PRINT - INDIVIDUAL IN CUSTODY LAST NAME *(Imprimir - Apellido del individuo):* | PRINT - FIRST NAME *(Imprimir – Primer nombre del individuo):* | BOOKING NUMBER *(# de identificación)* |
|---|---|---|
| Williams | Vonsean | 2021-1109025 |

| DIVISION *(División):* | LIVING UNIT *(Unidad):* | DATE *(Fecha):* |
|---|---|---|
| 6 | 1C-L02 | 10-10-22 |

## GRIEVANCE GUIDELINES AND SUMMARY OF COMPLAINT

Your grieved issue must meet all criteria listed below in order to be assigned a control #, to be appealed and/or to exhaust remedies. The grieved issue is not one of the following non-grievable matters: Classification, including designation of an individual as a security risk or protective custody individual, or decisions of the disciplinary hearings officer.

The grieved issue must have occurred within the last 15 calendar days unless the allegation is of sexual assault, sexual harassment, sexual abuse or voyeurism. If the grievance includes an allegation of sexual assault, sexual harassment, sexual abuse or voyeurism no time limits exist. If you believe an exception applies please see a CRW (Correctional Rehabilitation Worker).
The grieved issue must not be a repeat submission of a grievance collected within the last 15 calendar days.
The grieved issue must not be a repeat submission of a grievance that previously received a response and was appealed.
The grieved issue must not be a repeat submission of a grievance that previously received a response and you chose not to appeal the response within 15 calendar days
The grieved issue must not contain offensive or harassing language.
The grievance form must not contain more than one issue.
The grievance issue must not pertain to non-jail related concerns such as with arresting agencies, judicial matters, or medical staff at outlying hospitals, etc.

## Directrices de quejas y resumen de quejas

El asunto de la queja tiene que satisfacer todo el criterio listado más abajo para obtener un número de control, para ser apelado y/o agotar todos los remedios posibles.
El asunto de la queja no puede ser ninguno de los siguientes temas, que no se consideran quejas formales: Clasificación del preso incluyendo designación del preso como riesgo de seguridad o custodia de protección para los presos, o decisiones del oficial de audiencias disciplinarias para los individuo.
El asunto de la queja debe haber ocurrido dentro de los 15 días calendarios a menos que la acusación sea de asalto sexual, acoso sexual, abuso sexual o voyerismo. Si la queja incluye acusaciones de asalto sexual, acoso sexual, abuso sexual o voyerismo no existe tiempo de límite. Si usted cree que existe una excepción, consulte con un Trabajador de Rehabilitación Correccional (TRC/CRW).
El asunto de la queja no puede ser una repetición de una queja sometida en los últimos 15 días calendarios.
El asunto de la queja no puede ser una repetición de una queja previamente recibida y la cual ya ha recibido una respuesta y fue apelada.
El asunto de la queja no puede ser una repetición de una queja previamente reciba y la cual ya ha recibo una respuesta y usted recibida no someter una apelación sobre la decisión dada en los 15 días calendarios.
El asunto de la queja no puede contener lenguaje ofensivo o amenazante
La solitud de la queja no puede contener más de un asunto.
El asunto de la queja corresponde asuntos no relacionadas con la cárcel, como las agencias de arresto, los asuntos judiciales o el personal médico en los hospitales periféricos, etc.

| REQUIRED -<br>DATE OF INCIDENT<br>*(Fecha del Incidente)* | REQUIRED -<br>TIME OF INCIDENT<br>*(Hora del incidente)* | REQUIRED -<br>SPECIFIC LOCATION OF INCIDENT<br>*(Lugar Específico del Incidente)* | REQUIRED -<br>NAME and/or IDENTIFIER(S) OF ACCUSED<br>*(Nombre y/o Identificación del Acusado)* |
|---|---|---|---|
| Day Shift<br>10-20-22 | 7am; 3pm | Div. 9/ 3F Tier | C/O DeAngeles |

During this date & time, I'm informing you guys on this written grievance that C/O DeAngeles failed to protect me from my safety after I fairly stated "I need a cell change & or go to protective custody due to not wanting to have any confrontations with my former cellmate Kywon Lee" However, C/O DeAngeles told 6 other detainees "I'm on some police shit, they better confront me before I'll get pissed because that's paperwork she got to do".

| NAME OF STAFF OR INDIVIDUAL IN CUSTODY HAVING INFORMATION REGARDING THIS COMPLAINT:<br>*(Nombre del personal o individuo que tengan información:)* | SIGNATURE of Individual in Custody *(Individuo bajo costodia):*<br>Vonsean K. L. |
|---|---|

SUPERINTENDENT/DIRECTOR/DESIGNEE OF A DIVISION/UNIT MUST REVIEW AND SIGN ALL GRIEVANCES ALLEGING STAFF USE OF FORCE, STAFF MISCONDUCT, AND EMERGENCY GRIEVANCES. IF THE I.I.C. GRIEVANCE IS OF A SERIOUS NATURE, THE SUPERINTENDENT MUST INITIATE IMMEDIATE ACTION.

| CRW NAME (Print):<br>CRW Scott | SIGNATURE:<br>Scott | DATE CRW RECIEVED:<br>10-7-22 |
|---|---|---|
| SUPERINTENDENT/DIRECTOR/DESIGNEE (Print): | SIGNATURE: | DATE REVIEWED: |

(FCN-58)(MAR 22)    **(WHITE COPY** – IIC SERVICES DEPT.)    **(YELLOW COPY** – CRW)    **(PINK COPY** – INDIVIDUAL IN CUSTODY)

**COOK COUNTY SHERIFF'S OFFICE**
*(Oficina del Alguacil del Condado de Cook)*
**INDIVIDUAL IN CUSTODY GRIEVANCE FORM**
*(Formulario de Queja del Individuo bajo Custodi)*

| CONTROL # | Individual In Custody SHORT # |
|---|---|

| ! THIS SECTION IS TO BE COMPLETED BY IIC SERVICES STAFF | *(! Para ser llenado solo por el personal de IIC Services !)* |
|---|---|
| ☐ Emergency Grievance  ☐ Grievance  ☐ Non-Compliant Grievance   *280* | ☐ Cermak Health Services  ☐ Superintendent:_____  ☐ Other:_____ |

| PRINT - INDIVIDUAL IN CUSTODY LAST NAME *(Imprimir - Apellido del individuo):* | PRINT - FIRST NAME *(Imprimir – Primer nombre del individuo):* | BOOKING NUMBER *(#de identificación)* |
|---|---|---|
| Williams | Vonslan | 2021-1107025 |

| DIVISION *(División):* | LIVING UNIT *(Unidad):* | DATE *(Fecha):* |
|---|---|---|
| 6 | IC KO2 | 10-6-22 |

## GRIEVANCE GUIDELINES AND SUMMARY OF COMPLAINT

**Your grieved issue must meet all criteria listed below in order to be assigned a control #, to be appealed and/or to exhaust remedies. The grieved issue is not one of the following non-grievable matters:** Classification, including designation of an individual as a security risk or protective custody individual, or decisions of the disciplinary hearings officer.

The grieved issue must have occurred within the last 15 calendar days unless the allegation is of sexual assault, sexual harassment, sexual abuse or voyeurism. If the grievance includes an allegation of sexual assault, sexual harassment, sexual abuse or voyeurism no time limits exist. If you believe an exception applies please see a CRW (Correctional Rehabilitation Worker).
The grieved issue must not be a repeat submission of a grievance previously received a response and was appealed.
The grieved issue must not be a repeat submission of a grievance collected within the last 15 calendar days.
The grieved issue must not be a repeat submission of a grievance that previously received a response and you chose not to appeal the response within 15 calendar days
The grievance form must not contain offensive or harassing language.
The grievance form must not contain more than one issue.
The grievance issue must not pertain to non-jail related concerns such as with arresting agencies, judicial matters, or medical staff at outlying hospitals, etc.

### Directrices de quejas y resumen de quejas

**El asunto de la queja tiene que satisfacer todo el criterio listado más abajo para obtener un número de control, para ser apelado y/o agotar todos los remedios posibles.**
El asunto de la queja no puede ser ninguno de los siguientes temas, que no se consideran quejas formales: Clasificación del preso incluyendo custodia individual, o decisiones de seguridad o custodia de protección para los presos, o decisiones del oficial de audiencias disciplinarias para el individuo.
El asunto de la queja debe haber ocurrido dentro de los 15 días calendarios a menos que la acusación sea de asalto sexual, acoso sexual, abuso sexual o voyerismo. Si la queja incluye acusaciones de asalto sexual, acoso sexual, abuso sexual o voyerismo no existe tiempo de límite. Si usted cree que existe una excepción, consulte con un Trabajador de Rehabilitación Correccional (TRC/CRW).
El asunto de la queja no puede ser una repetición de una queja sometida en los últimos 15 días calendarios.
El asunto de la queja no puede ser una repetición de una queja previamente recibida y la cual ya ha recibido una respuesta y fue apelada.
El asunto de la queja no puede ser una repetición de una queja previamente reciba y la cual ya ha recibo una respuesta y usted recibida no someter una apelación sobre la decisión dada en los 15 días calendarios.
La solitud de la queja no puede contener más de un asunto.
El asunto de la queja no puede contener lenguaje ofensivo o amenazante
El asunto de la queja corresponde asuntos no relacionadas con la cárcel, como las agencias de arresto, los asuntos judiciales o el personal médico en los hospitales periféricos, etc.

| REQUIRED - DATE OF INCIDENT *(Fecha del Incidente)* | REQUIRED - TIME OF INCIDENT *(Hora del incidente)* | REQUIRED - SPECIFIC LOCATION OF INCIDENT *(Lugar Específico del Incidente)* | REQUIRED - NAME and/or IDENTIFIER(S) OF ACCUSED *(Nombre y/o Identificación del Acusado)* |
|---|---|---|---|
| 10-3-22  Evening shift | 8pm - 11pm | Div. 9 / 2F Tier | C/O LeAngeles, C/O Grayson detainee Kwmon Lee, McHook |

I'm writing the incident, how C/O LeAngeles C/O Grayson & Sgt. Mcnary, failed to protect my property such as my legal mail(s), documents & court order files & they were all damaged & they all showed no sympathy that my legal files are all damaged by detainee Kwmon Lee when C/O's LeAngeles & Grayson & several detainees stated "I'm police & a snitch" so though I have court orders deadlines, they can't get met due to damages

| NAME OF STAFF OR INDIVIDUAL IN CUSTODY HAVING INFORMATION REGARDING THIS COMPLAINT: *(Nombre del personal o individuo que tengan información:)* | SIGNATURE of Individual in Custody: *(Individuo bajo custodia):* |
|---|---|
|  | Vonslan B Will |

SUPERINTENDENT/DIRECTOR/DESIGNEE OF A DIVISION/UNIT MUST REVIEW AND SIGN ALL GRIEVANCES ALLEGING STAFF USE OF FORCE, STAFF MISCONDUCT, AND EMERGENCY GRIEVANCES. IF THE I.I.C. GRIEVANCE IS OF A SERIOUS NATURE, THE SUPERINTENDENT MUST INITIATE IMMEDIATE ACTION.

| CRW NAME (Print): | SIGNATURE: | DATE CRW RECIEVED: |
|---|---|---|
| CRW Scott | Scott | 10-7-22 |

| SUPERINTENDENT/DIRECTOR/DESIGNEE (Print): | SIGNATURE: | DATE REVIEWED: |
|---|---|---|
|  |  |  |

(FCN-58)(MAR 22)  **(WHITE COPY** – IIC SERVICES DEPT.)  **(YELLOW COPY** – CRW)  **(PINK COPY** – INDIVIDUAL IN CUSTODY)

# COOK COUNTY SHERIFF'S OFFICE
*(Oficina del Alguacil del Condado de Cook)*
**INDIVIDUAL IN CUSTODY GRIEVANCE FORM**
*(Formulario de Queja del Individuo bajo Custodi)*

**CONTROL #**

Individual In Custody **SHORT #**

| ! THIS SECTION IS TO BE COMPLETED BY IIC SERVICES STAFF | *(! Para ser llenado solo por el personal de IIC Services !)* |
|---|---|
| ☐ Emergency Grievance<br>☐ Grievance<br>☐ Non-Compliant Grievance | ☐ Cermak Health Services<br>☐ Superintendent:_____<br>☐ Other: _____ |

**PRINT - INDIVIDUAL IN CUSTODY LAST NAME** *(Imprimir – Apellido del individuo):* Williams

**PRINT - FIRST NAME** *(Imprimir – Primer nombre del individuo):* Vonspan

**BOOKING NUMBER** *(# de identificación):* 2021-1107025

**DIVISION** *(División):* 6

**LIVING UNIT** *(Unidad):* IC-L02

**DATE** *(Fecha):* 10-6-22

## GRIEVANCE GUIDELINES AND SUMMARY OF COMPLAINT

**Your grieved issue must meet all criteria listed below in order to be assigned a control #, to be appealed and/or to exhaust remedies.** The grieved issue is not one of the following non-grievable matters: Classification, including designation of an individual as a security risk or protective custody individual, or decisions of the disciplinary hearings officer.

The grieved issue must have occurred within the last 15 calendar days unless the allegation is of sexual assault, sexual harassment, sexual abuse or voyeurism. If the grievance includes an allegation of sexual assault, sexual harassment, sexual abuse or voyeurism no time limits exist. If you believe an exception applies please see a CRW (Correctional Rehabilitation Worker).

The grieved issue must not be a repeat submission of a grievance collected within the last 15 calendar days.
The grieved issue must not be a repeat submission of a grievance that previously received a response and was appealed.
The grieved issue must not be a repeat submission of a grievance that previously received a response and you chose not to appeal the response within 15 calendar days
The grieved issue must not contain offensive or harassing language.
The grievance form must not contain more than one issue.
The grievance issue must not pertain to non-jail related concerns such as with arresting agencies, judicial matters, or medical staff at outlying hospitals, etc.

### Directrices de quejas y resumen de quejas

**El asunto de la queja tiene que satisfacer todo el criterio listado más abajo para obtener un número de control, para ser apelado y/o agotar todos los remedios posibles.**
El asunto de la queja no puede ser ninguno de los siguientes temas, que no se consideran quejas formales: Clasificación del preso incluyendo designación del preso. Tal como riesgo de seguridad o custodia de protección para los presos, o decisiones del oficial de audiencias disciplinarias para los individuo.

El asunto de la queja debe haber ocurrido dentro de los 15 días calendarios a menos que la acusación sea de asalto sexual, acoso sexual, abuso sexual o voyerismo. Si la queja incluye acusaciones de asalto sexual, acoso sexual, abuso sexual o voyerismo no existe tiempo de límite. Si usted cree que existe una excepción, consulte con un Trabajador de Rehabilitación Correccional (TRC/CRW).

El asunto de la queja no puede ser una repetición de una queja sometida en los últimos 15 días calendarios.
El asunto de la queja no puede ser una repetición de una queja previamente recibida y la cual ya ha recibido una respuesta y fue apelada.
El asunto de la queja no puede ser una repetición de una queja previamente reciba y la cual ya ha recibo una respuesta y usted recibida no someter una apelación sobre la decisión dada en los 15 días calendarios.
El asunto de la queja no puede contener lenguaje ofensivo o amenazante
La solitud de la queja no puede contener más de un asunto.
El asunto de la queja corresponde asuntos no relacionadas con la cárcel, como las agencias de arresto, los asuntos judiciales o el personal médico en los hospitales periféricos, etc.

| **REQUIRED -**<br>**DATE OF INCIDENT**<br>*(Fecha del Incidente)* | **REQUIRED -**<br>**TIME OF INCIDENT**<br>*(Hora del incidente)* | **REQUIRED -**<br>**SPECIFIC LOCATION OF INCIDENT**<br>*(Lugar Específico del incidente)* | **REQUIRED -**<br>**NAME and/or IDENTIFIER(S) OF ACCUSED**<br>*(Nombre y/o Identificación del Acusado)* |
|---|---|---|---|
| 10-6-22 thru 10-10-24 | starting 9:30 pm | from Div 6 thru Div 6 Medical | Sgt. Monroe, Sgt. Zul, Cermak, Medical Nurses |

I've been receiving insufficient medical services after the fact I have open wounds on both hands, right shoulder, & left arm from a human bite marks, & knowing today (10-6-22) around 10am - 12N, feces & urine were thrown at me, & all medical nurses & Cermak staffs failed to give me 4 IV shots, Hepatitis shots & tuberculosis shots, along with pain medication so I won't get/contract a disease & be free from body pains age

**NAME OF STAFF OR INDIVIDUAL IN CUSTODY HAVING INFORMATION REGARDING THIS COMPLAINT:**
*(Nombre del personal o individuo que tengan información:)*

**SIGNATURE of Individual in Custody:** *(Individuo bajo custodia):* Vonspan W.

SUPERINTENDENT/DIRECTOR/DESIGNEE OF A DIVISION/UNIT MUST REVIEW AND SIGN ALL GRIEVANCES ALLEGING STAFF USE OF FORCE, STAFF MISCONDUCT, AND EMERGENCY GRIEVANCES. IF THE I.I.C. GRIEVANCE IS OF A SERIOUS NATURE, THE SUPERINTENDENT MUST INITIATE IMMEDIATE ACTION.

| **CRW NAME (Print):** Scott | **SIGNATURE:** Scott | **DATE CRW RECIEVED:** 10-7-22 |
|---|---|---|
| **SUPERINTENDENT/DIRECTOR/DESIGNEE (Print):** | **SIGNATURE:** | **DATE REVIEWED:** |

(FCN-58)(MAR 22)    (**WHITE COPY** – IIC SERVICES DEPT.)    (**YELLOW COPY** – CRW)    (**PINK COPY** – INDIVIDUAL IN CUSTODY)

**COOK COUNTY SHERIFF'S OFFICE**
*(Oficina del Alguacil del Condado de Cook)*
**INDIVIDUAL IN CUSTODY GRIEVANCE FORM**
*(Formulario de Queja del Individuo bajo Custodi)*

**CONTROL #** 2022X14747
**Individual In Custody SHORT #** 694714

| ! THIS SECTION IS TO BE COMPLETED BY IIC SERVICES STAFF | *(! Para ser llenado solo por el personal de IIC Services !)* |
|---|---|
| ☐ Emergency Grievance  ☒ Grievance  ☐ Non-Compliant Grievance    240 | ☐ Cermak Health Services  ☒ Superintendent: Div.09  ☐ Other: ____ |

**PRINT - INDIVIDUAL IN CUSTODY LAST NAME** *(Imprimir - Apellido del individuo):* Williams
**PRINT - FIRST NAME** *(Imprimir – Primer nombre del individuo):* Vmeran
**BOOKING NUMBER** *(# de identificación)* 2021-1109025

**DIVISION** *(División):* 6
**LIVING UNIT** *(Unidad):* IIC-L02
**DATE** *(Fecha):* 10-6-22

## GRIEVANCE GUIDELINES AND SUMMARY OF COMPLAINT

Your grieved issue must meet all criteria listed below in order to be assigned a control #, to be appealed and/or to exhaust remedies. The grieved issue is not one of the following non-grievable matters: Classification, including designation of an individual as a security risk or protective custody individual, or decisions of the disciplinary hearings officer.
The grieved issue must have occurred within the last 15 calendar days unless the allegation is of sexual assault, sexual harassment, sexual abuse or voyeurism. If the grievance includes an allegation of sexual assault, sexual harassment, sexual abuse or voyeurism no time limits exist. If you believe an exception applies please see a CRW (Correctional Rehabilitation Worker).
The grieved issue must not be a repeat submission of a grievance collected within the last 15 calendar days.
The grieved issue must not be a repeat submission of a grievance that previously received a response and was appealed.
The grieved issue must not be a repeat submission of a grievance that previously received a response and you chose not to appeal the response within 15 calendar days
The grieved issue must not contain offensive or harassing language.
The grievance form must not contain more than one issue.
The grievance issue must not pertain to non-jail related concerns such as with arresting agencies, judicial matters, or medical staff at outlying hospitals, etc.

### Directrices de quejas y resumen de quejas

El asunto de la queja tiene que satisfacer todo el criterio listado más abajo para obtener un número de control, para ser apelado y/o agotar todos los remedios posibles.
El asunto de la queja no puede ser ninguno de los siguientes temas, que no se consideran quejas formales: Clasificación del preso incluyendo designación del preso como riesgo de seguridad o custodia de protección para los presos, o decisiones del oficial de audiencias disciplinarias para los individuo.
El asunto de la queja debe haber ocurrido dentro de los 15 días calendarios a menos que la acusación sea de asalto sexual, acoso sexual, abuso sexual o voyerismo. Si la queja incluye acusaciones de asalto sexual, acoso sexual, abuso sexual o voyerismo no existe tiempo de límite. Si usted cree que existe una excepción, consulte con un Trabajador de Rehabilitación Correccional (TRC/CRW).
El asunto de la queja no puede ser una repetición de una queja sometida en los últimos 15 días calendarios.
El asunto de la queja no puede ser una repetición de una queja previamente recibida y la cual ya ha recibido una respuesta y fue apelada.
El asunto de la queja no puede ser una repetición de una queja previamente reciba y la cual ya ha recibo una respuesta y usted recibida no someter una apelación sobre la decisión dada en los 15 días calendarios.
La solitud de la queja no puede contener más de un asunto.
El asunto de la queja corresponde asuntos no relacionadas con la cárcel, como las agencias de arresto, los asuntos judiciales o el personal médico en los hospitales periféricos, etc.

| REQUIRED - DATE OF INCIDENT *(Fecha del Incidente)* | REQUIRED - TIME OF INCIDENT *(Hora del incidente)* | REQUIRED - SPECIFIC LOCATION OF INCIDENT *(Lugar Específico del Incidente)* | REQUIRED - NAME and/or IDENTIFIER(S) OF ACCUSED *(Nombre y/o Identificación del Acusado)* |
|---|---|---|---|
| 10-3-22 Evening shift | 9pm-11pm | Div. 9/3F Tier | C/O Grayson  Sgt. Nochocki |

I'm writing the disturbing incident that caused my safety & well-being in a dangerous situation. Not only I were trying to get out the cell with Kywon Lee (IIC detainee), but C/O Grayson were trying to get in attacked by half of the tier's detainee because he got in trouble for not protecting my safety. To the addition Sgt. Nochocki placed me back on tier knowing it's tension because C/O Grayson told everyone "I'm a snitch & I'm 12"

**NAME OF STAFF OR INDIVIDUAL IN CUSTODY HAVING INFORMATION REGARDING THIS COMPLAINT:**
*(Nombre del personal o individuo que tengan información:)*

**SIGNATURE of Individual in Custody:** *(Individuo bajo custodia):* Vmeran

SUPERINTENDENT/DIRECTOR/DESIGNEE OF A DIVISION/UNIT MUST REVIEW AND SIGN ALL GRIEVANCES ALLEGING STAFF USE OF FORCE, STAFF MISCONDUCT, AND EMERGENCY GRIEVANCES. IF THE I.I.C. GRIEVANCE IS OF A SERIOUS NATURE, THE SUPERINTENDENT MUST INITIATE IMMEDIATE ACTION.

| CRW NAME: (Print): CRW Scott | SIGNATURE: Scott | DATE CRW RECIEVED: 10-7-22 |
|---|---|---|
| SUPERINTENDENT/DIRECTOR/DESIGNEE (Print): Supt. Grim #798 | SIGNATURE: | DATE REVIEWED: 10-7-22 |

**(FCN-58)(MAR 22)** **(WHITE COPY –** IIC SERVICES DEPT.) **(YELLOW COPY –** CRW) **(PINK COPY –** INDIVIDUAL IN CUSTODY)

## COOK COUNTY SHERIFF'S OFFICE

*(Oficina del Alguacil del Condado de Cook)*
**INDIVIDUAL IN CUSTODY GRIEVANCE FORM**
*(Formulario de Queja del Individuo bajo Custodi)*

**CONTROL #**

Individual In Custody **SHORT #**

| ! THIS SECTION IS TO BE COMPLETED BY IIC SERVICES STAFF | *(! Para ser llenado solo por el personal de IIC Services !)* |
|---|---|
| ☐ Emergency Grievance <br> ☐ Grievance　080 <br> ☐ Non-Compliant Grievance | ☐ Cermak Health Services <br> ☐ Superintendent:_____ <br> ☐ Other: _____ |

| PRINT - INDIVIDUAL IN CUSTODY LAST NAME *(Imprimir – Apellido del individuo):* | PRINT - FIRST NAME *(Imprimir – Primer nombre del individuo):* | BOOKING NUMBER *(# de identificación)* |
|---|---|---|
| Williams | Vonsean | 2021-1109025 |

| DIVISION *(División):* | LIVING UNIT *(Unidad):* | DATE *(Fecha):* |
|---|---|---|
| 6 | 1C - A02 | 10-6-22 |

## GRIEVANCE GUIDELINES AND SUMMARY OF COMPLAINT

**Your grieved issue must meet all criteria listed below in order to be assigned a control #, to be appealed and/or to exhaust remedies.** The grieved issue is not one of the following non-grievable matters: Classification, including designation of an individual as a security risk or protective custody individual, or decisions of the disciplinary hearings officer.
The grieved issue must have occurred within the last 15 calendar days unless the allegation is of sexual assault, sexual harassment, sexual abuse or voyeurism. If the grievance includes an allegation of sexual assault, sexual harassment, sexual abuse or voyeurism no time limits exist. If you believe an exception applies please see a CRW (Correctional Rehabilitation Worker).
The grieved issue must not be a repeat submission of a grievance collected within the last 15 calendar days.
The grieved issue must not be a repeat submission of a grievance that previously received a response and was appealed.
The grieved issue must not be a repeat submission of a grievance that previously received a response and you chose not to appeal the response within 15 calendar days
The grieved issue must not contain offensive or harassing language.
The grievance form must not contain more than one issue.
The grievance issue must not pertain to non-jail related concerns such as with arresting agencies, judicial matters, or medical staff at outlying hospitals, etc.

## Directrices de quejas y resumen de quejas

**El asunto de la queja que usted favor satisfacer todo el criterio listado más abajo para obtener un número de control, para ser apelado y/o agotar todos los remedios posibles.**
El asunto de la queja no puede ser ninguno de los siguientes temas, que no se consideran quejas formales: Clasificación del preso incluyendo designación del preso. Tal como riesgo de seguridad o custodia de protección para los presos, o decisiones del oficial de audiencias disciplinarias para los individuo.
El asunto de la queja debe haber ocurrido dentro de los los 15 días calendarios a menos que la acusación sea de asalto sexual, acoso sexual, abuso sexual o voyerismo. Si la queja incluye acusaciones de asalto sexual, acoso sexual, abuso sexual o voyerismo no existe tiempo de límite. Si usted cree que existe una excepción, consulte con un Trabajador de Rehabilitación Correccional (TRC/CRW).
El asunto de la queja no puede ser una repetición de una queja sometida en los últimos 15 días calendarios.
El asunto de la queja no puede ser una repetición de una queja previamente recibida y la cual ya ha recibido una respuesta y fue apelada.
El asunto de la queja no puede ser una repetición de una queja previamente reciba y la cual ya ha recibo una respuesta y usted recibida no someter una apelación sobre la decisión dada en los 15 días calendarios.
La solitud de la queja no puede contener más de un asunto.
El asunto de la queja corresponde asuntos no relacionadas con la cárcel, como las agencias de arresto, los asuntos judiciales o el personal médico en los hospitales periféricos, etc.

| REQUIRED - <br> DATE OF INCIDENT <br> *(Fecha del Incidente)* | REQUIRED - <br> TIME OF INCIDENT <br> *(Hora del Incidente)* | REQUIRED - <br> SPECIFIC LOCATION OF INCIDENT <br> *(Lugar Específico del Incidente)* | REQUIRED - <br> NAME and/or IDENTIFIER(S) OF ACCUSED <br> *(Nombre y/o Identificación del Acusado)* |
|---|---|---|---|
| 10-6-22 | Between 10AM-12N | Div. 5/1H | No delays, tier c/o <br> Division 9T's |

Around this time on this day (10-6-22), I were placed on house alone / out alone, & when I were told to pack-up because I'm being transferred to the Div. 6, feges & urine were thrown at me. The body fluids hit my bed-sheets, blanket & property bag, as well as my left shoulder & left side of my lower body. The 4/0's & Sergeant on the tier failed to protect me & give me medical help from the human body fluids thrown at me

| NAME OF STAFF OR INDIVIDUAL IN CUSTODY HAVING INFORMATION REGARDING THIS COMPLAINT: <br> *(Nombre del personal o individuo que tengan información:)* | SIGNATURE of Individual in Custody: *(Individuo bajo custodia):* <br> Vonsean W |
|---|---|

SUPERINTENDENT/DIRECTOR/DESIGNEE OF A DIVISION/UNIT MUST REVIEW AND SIGN ALL GRIEVANCES ALLEGING STAFF USE OF FORCE, STAFF MISCONDUCT, AND EMERGENCY GRIEVANCES. IF THE I.I.C. GRIEVANCE IS OF A SERIOUS NATURE, THE SUPERINTENDENT MUST INITIATE IMMEDIATE ACTION.

| CRW NAME: (Print): <br> CRW Scott | SIGNATURE: <br> Scott | DATE CRW RECIEVED: <br> 10-7-22 |
|---|---|---|
| SUPERINTENDENT/DIRECTOR/DESIGNEE (Print): | SIGNATURE: | DATE REVIEWED: |

(FCN-58)**(MAR 22)**　　**(WHITE COPY** – IIC SERVICES DEPT.)　　**(YELLOW COPY** – CRW)　　**(PINK COPY** – INDIVIDUAL IN CUSTODY)

**COOK COUNTY SHERIFF'S OFFICE**
*(Oficina Del Alguacil del Condado de Cook)*

**INDIVIDUAL IN CUSTODY GRIEVANCE RESPONSE/APPEAL FORM**
*(Individuo bajo custodia - formulario de respuesta/apelación de queja)*

| CONTROL NUMBER | Individual In Custody SHORT #: |
|---|---|
| 2022x16249 | 109714 |

PRINT: CRW LAST NAME: MITCHELL

| INFORMATION TO BE COMPLETED BY IIC SERVICES PERSONNEL ONLY | | |
|---|---|---|
| Individual In Custody LAST NAME: WILLIAMS | Individual In Custody FIRST NAME: VONSEAN | BOOKING ID #: 2021-110902S |

GRIEVANCE ISSUE AS DETERMINED BY CRW: 080 - FAILURE TO PROTECT

IMMEDIATE CRW RESPONSE (if applicable):

CRW/ REFERRED THIS GRIEVANCE TO ( *Example:* Superintendent, Cermak Health Services ): OPR IS

DATE REFERRED: 11 / 14 / 22

**RESPONSE BY PERSONNEL HANDLING REFERRAL**

SEE ATTACHED

| PERSONNEL RESPONDING TO GRIEVANCE (! Print !): SUPV L FENDERSN | SIGNATURE: | DIV./DEPT.: JS ADM N | DATE: 11 / 4 / 22 |
|---|---|---|---|

THIS SECTION IS TO BE COMPLETED BY INDIVIDUAL IN CUSTODY ! *(Esta sección debe ser completada por el individuo.)*

| INDIVIDUAL IN CUSTODY SIGNATURE *(Firma del individuo bajo custodia.)* | DATE RESPONSE WAS RECEIVED: *(Fecha en que la respuesta fue recibida)* 11 / 4 / 22 |
|---|---|

**INDIVIDUAL IN CUSTODY 'S REQUEST FOR AN APPEAL** *( Solicitud de apelación del individuo )*

TO BE COMPLETED BY INDIVIDUAL IN CUSTODY

- To exhaust administrative remedies, a grievance appeal must be made on this form and within 15 calendar days of the date the individual received the above notated response. An appeal must be filed in ALL circumstances in order to exhaust administrative remedies, regardless if the grieved issue(s) have been referred for further review and/or investigation. Any pending O.P.R. review or investigation, is NOT part of the grievance appeal process.
*Para agotar los recursos administrativos, las apelaciones de quejas se deben realizar en este formulario y dentro de los 15 días calendarios a partir de la fecha en que el individuo recibió la respuesta anotada anteriormente. Se debe presentar una apelación en TODAS las circunstancias a fin de agotar los recursos administrativos, independientemente si los asuntos de la queja han sido referidos para una revisión y/o investigación. Cualquier revisión o investigación pendiente de OPR NO es parte del proceso de apelación de quejas.)*

INDIVIDUAL IN CUSTODY BASIS FOR AN APPEAL: *(Base de apelación del individuo.)*
DATE OF APPEAL REQUEST: *(Fecha de la solicitud de la apelación.)* 11 / 4 / 22

Not only these ofcrs knew this situation & I responded to pds charges

**DIRECTOR'S/DESIGNEE'S ACCEPTANCE OF BASIS/REQUEST OF APPEAL?**
*(Aceptación del Director/Designado de la solicitud de apelación del individuo.)*

Yes     No

IIC SERVICES DIRECTOR/DESIGNEE'S DECISION OR RECOMMENDATION: *(Decisión o recomendación por parte del Director de Servicios de IIC / Designado.)*

Original Response to Stand

| IIC SERVICES DIRECTOR/DESIGNEE *(Director de Servicios de IIC / Designado):* J Muella | SIGNATURE *(Firma):* | DATE *(Fecha):* 11 / 9 / 22 |
|---|---|---|

THIS SECTION IS TO BE COMPLETED BY INDIVIDUAL IN CUSTODY *(Esta sección debe ser completada por el individuo.)*

| INDIVIDUAL IN CUSTODY SIGNATURE *(Firma del individuo.):* | DATE APPEAL RESPONSE WAS RECEIVED: *(Fecha en que la respuesta fue recibida.)* NOV 1 4 2022 |
|---|---|

Delv Via COVID19

(FCN-59)(MAR 22)        (WHITE COPY – IIC SERVICES)        (YELLOW COPY – CRW)        (PINK COPY – INDIVIDUAL IN CUSTODY)

# IIC Grievance Number:
## **2022x16249**
### *Numero De Queja*

Although this R/Supv. cannot substantiate or deny your allegation(s), please be advised that your grievance has been forwarded to the Offices of Professional Review and Divisional Superintendent for their review and/or investigation.

*Aunque este R/Supervisor no puede corroborar o negar su(s) alegación(es), por favor tenga en cuenta que su queja se ha enviado a las Oficinas de Revisión Profesional (OPR) y al Superintendente de División para su revisión y / o investigación.*

You may follow-up with the Office of Professional Review by contacting their office directly, by utilizing the address below.

*Usted podrá darle seguimiento a su alegación(es), contactando al Departamento de Revisión Professional (OPR) de manera directa, utilizando la dirección que está en la parte de abajo.*

To exhaust your administrative remedy (regardless of the OPR investigation review, determination, or outcome) you must appeal this immediate grievance response within 15 calendar days.

*Con el fin de agotar los recursos administrativos (independiente de la revisión de la investigación, decisión o el resultado de OPR) usted debe apelar la respuesta principal de esta queja dentro los 15 días calendarios.*

**Office of Professional Review**
**3026 S. California Ave**
**Building 2 / 4th floor**
**Chicago, Illinois 60608**

# **INDIVIDUAL IN CUSTODY COPY**

## I.I.C. Grievance Number

Número de Queja del Individual bajo Custodia

# 20 2 2 x 1 5 2 6 1

**Individuals in custody should always 1st immediately notify divisional staff of his/her issue prior to submitting a grievance form so that the alleged issue can be addressed in an appropriate and timely manner.**

Los individuos bajo custodia siempre deben primero notificar inmediatamente al personal de la división sobre su problema antes de someter un formulario de queja para que el presunto problema se pueda abordar de manera adecuada y oportuna.

**Individuals in custody may choose to notify divisional staff by using an Individual-in-Custody (I.I.C.) Request Form *or* by reporting the alleged issue on this designated telephone line 773-916-6280.**

Los individuos bajo custodia pueden elegir notificar al personal de la división a través del uso de un Formulario de Solicitud del Individuo bajo Custodia (I.I.C.) o informando el presunto problema a esta línea de teléfono que ha sido designada al 773-916-6280.

**R/staff member cannot substantiate or deny I.I.C.'s allegation at this time; however, a facility work order has been generated.  Please allow sufficient time for an assigned DFM facility staff member to respond.**

El miembro del personal que reporta no puede confirmar o negar la acusación del I.I.C. (Individuo bajo Custodia) en este momento; sin embargo, se ha generado una orden de trabajo. Por favor permita suficiente tiempo para que pueda responder un miembro del personal asignado al DFM.

(w/o#:___893177___).

**I.I.C. COPY**

_____
Responding Staff Member's *Signature*

10 / 2 1 / 22
Date

*lians*
*Div. 91E-RD*

## I.I.C. Grievance Number

Número de Queja del Individuo bajo Custodia

20 <u>2</u> <u>2</u> x <u>1</u> <u>5</u> <u>2</u> <u>6</u> <u>1</u>

**Individuals in custody should always 1st immediately notify divisional staff of his/her issue prior to submitting a grievance form so that the alleged issue can be addressed in an appropriate and timely manner.**

Los individuos bajo custodia siempre deben primero notificar inmediatamente al personal de la división sobre su problema antes de someter un formulario de queja para que el presunto problema se pueda abordar de manera adecuada y oportuna.

**Individuals in custody may choose to notify divisional staff by using an <u>Individual-in-Custody (I.I.C.)</u> <u>Request Form</u> or by reporting the alleged issue on this designated telephone line 773-916-6280.**

Los individuos bajo custodia pueden elegir notificar al personal de la división a través del uso de un Formulario de Solicitud del Individuo bajo Custodia (I.I.C.) o informando el presunto problema a esta línea de teléfono que ha sido designada al 773-916-6280.

**R/staff member cannot substantiate or deny I.I.C.'s allegation at this time; however, a facility work order has been generated. <u>Please allow sufficient time for an assigned DFM facility staff member to respond</u>.**

El miembro del personal que reporta no puede confirmar o negar la acusación del I.I.C. (Individuo bajo Custodia) en este momento; sin embargo, se ha generado una orden de trabajo. <u>Por favor permita suficiente tiempo para que pueda responder un miembro del personal asignado al DFM.</u>

(w/o#: ___893177___ ).

**I.I.C. COPY**

_____
Responding Staff Member's *Signature*

<u>10</u> / <u>21</u> / <u>22</u>
Date

# COOK COUNTY SHERIFF'S OFFICE

*(Oficina del Alguacil del Condado de Cook)*

**INDIVIDUAL IN CUSTODY GRIEVANCE FORM**

*(Formulario de Queja del Individuo bajo Custodi)*

**CONTROL #**

**Individual In Custody SHORT #**

| ! THIS SECTION IS TO BE COMPLETED BY IIC SERVICES STAFF | *(! Para ser llenado solo por el personal de IIC Services !)* |
|---|---|
| ☐ Emergency Grievance | ☐ Cermak Health Services |
| ☐ Grievance | ☐ Superintendent:_____ |
| ☐ Non-Compliant Grievance | ☐ Other: _____ |

**PRINT - INDIVIDUAL IN CUSTODY LAST NAME** *(Imprimir - Apellido del individuo):* Williams

**PRINT - FIRST NAME** *(Imprimir – Primer nombre del individuo):* Worlean

**BOOKING NUMBER** *(# de identificación)* 2021-1109025

**DIVISION** *(División):* 9

**LIVING UNIT** *(Unidad):* K-1210

**DATE** *(Fecha):* 10-24-22

## GRIEVANCE GUIDELINES AND SUMMARY OF COMPLAINT

**Your grieved issue must meet all criteria listed below in order to be assigned a control #, to be appealed and/or to exhaust remedies. The grieved issue is not one of the following non-grievable matters: Classification, including designation of an individual as a security risk or protective custody individual, or decisions of the disciplinary hearings officer.**

The grieved issue must have occurred within the last 15 calendar days unless the allegation is of sexual assault, sexual harassment, sexual abuse or voyeurism. If the grievance includes an allegation of sexual assault, sexual harassment, sexual abuse or voyeurism no time limits exist. If you believe an exception applies please see a CRW (Correctional Rehabilitation Worker).

The grieved issue must not be a repeat submission of a grievance collected within the last 15 calendar days.

The grieved issue must not be a repeat submission of a grievance that previously received a response and was appealed.

The grieved issue must not be a repeat submission of a grievance that previously received a response and you chose not to appeal the response within 15 calendar days

The grieved issue must not contain offensive or harassing language.

The grievance form must not contain more than one issue.

The grievance issue must not pertain to non-jail related concerns such as with arresting agencies, judicial matters, or medical staff at outlying hospitals, etc.

### Directrices de quejas y resumen de quejas

**El asunto de la queja tiene que satisfacer todo el criterio listado más abajo para obtener un número de control, para ser apelado y/o agotar todos los remedios posibles.**

**El asunto de la queja no puede ser ninguno de los siguientes temas, que no se consideran quejas formales: Clasificación del preso incluyendo designación del preso. Tal como riesgo de seguridad o custodia de protección para los presos, o decisiones del oficial de audiencias disciplinarias para su individuo.**

El asunto de la queja debe haber ocurrido dentro de los 15 días calendarios a menos que la acusación sea de asalto sexual, acoso sexual, abuso sexual o voyerismo. Si la queja incluye acusaciones de asalto sexual, acoso sexual, abuso sexual o voyerismo no existe tiempo de limite. Si usted cree que existe una excepción, consulte con un Trabajador de Rehabilitación Correccional (TRC/CRW).

El asunto de la queja no puede ser una repetición de una queja sometida en los últimos 15 días calendarios.

El asunto de la queja no puede ser una repetición de una queja previamente recibida y la cual ya ha recibido una respuesta y fue apelada.

El asunto de la queja no puede ser una repetición de una queja previamente reciba y la cual ya ha recibo una respuesta y usted recibida no someter una apelación sobre la decisión dada en los 15 días calendarios.

El asunto de la queja no puede contener lenguaje ofensivo o amenazante

La solitud de la queja no puede contener más de un asunto.

El asunto de la queja corresponde asuntos no relacionadas con la cárcel, como las agencias de arresto, los asuntos judiciales o el personal médico en los hospitales periféricos, etc.

| REQUIRED - DATE OF INCIDENT *(Fecha del incidente)* | REQUIRED - TIME OF INCIDENT *(Hora del incidente)* | REQUIRED - SPECIFIC LOCATION OF INCIDENT *(Lugar Específico del Incidente)* | REQUIRED - NAME and/or IDENTIFIER(S) OF ACCUSED *(Nombre y/o Identificación del Acusado)* |
|---|---|---|---|
| 10-25-22 | Overnight watch 11pm - 7am | Div 9/K-cell 1210 "Segregation" | C/o Reeves, Sgt. Gates C/o Colon |

During the overnight watch on this tier, I'm complaining against that "CCDOC" staff: C/o's + Sergeant during this incident in the 9 Cell. Not only the detainee stated "He's not going in this cell with a stool pigeon + or tag" + "if you guys force me in this cell with him knowing he came from P.C, I'm gone try to stab him, + my gang will too". As a result, my safety were jepardized when I repeatedly had to fight him because he had tried to stab me + C/O's saw the fight + didn't break it up "Failure to

**NAME OF STAFF OR INDIVIDUAL IN CUSTODY HAVING INFORMATION REGARDING THIS COMPLAINT:** *(Nombre del personal o individuo que tengan información:)*

**SIGNATURE of Individual in Custody:** *(Individuo bajo custodia):* Worlean

| SUPERINTENDENT/DIRECTOR/DESIGNEE OF A DIVISION/UNIT MUST REVIEW AND SIGN ALL GRIEVANCES ALLEGING STAFF USE OF FORCE, STAFF MISCONDUCT, AND EMERGENCY GRIEVANCES. IF THE I.I.C. GRIEVANCE IS OF A SERIOUS NATURE, THE SUPERINTENDENT MUST INITIATE IMMEDIATE ACTION. |
|---|

**CRW NAME: (Print):** Mitchell (Jewell)

**SIGNATURE:**

**DATE CRW RECIEVED:** 11.4.22

**SUPERINTENDENT/DIRECTOR/DESIGNEE (Print):**

**SIGNATURE:**

**DATE REVIEWED:**

(FCN-58)(MAR 22)    (**WHITE COPY** – IIC SERVICES DEPT.)    (**YELLOW COPY** – CRW)    (**PINK COPY** – INDIVIDUAL IN CUSTODY)

# COOK COUNTY SHERIFF'S OFFICE

*(Oficina del Aguacil del Condado de Cook)*

**INDIVIDUAL IN CUSTODY GRIEVANCE FORM**

*(Formulario de Queja del Individuo bajo Custodi)*

**CONTROL #**

**Individual In Custody  SHORT #**

| ! THIS SECTION IS TO BE COMPLETED BY IIC SERVICES STAFF | *(! Para ser llenado solo por el personal de IIC Services !)* |
|---|---|
| ☐ Emergency Grievance<br>☐ Grievance<br>☐ Non-Compliant Grievance | ☐ Cermak Health Services<br>☐ Superintendent:_____<br>☐ Other: _____ |

| PRINT - INDIVIDUAL IN CUSTODY LAST NAME *(Imprimir - Apellido del individuo):* | PRINT - FIRST NAME *(Imprimir – Primer nombre del individuo):* | BOOKING NUMBER *(# de identificación)* |
|---|---|---|
| Villiams | Vonsean | 2021-1010 |

| DIVISION *(División):* | LIVING UNIT *(Unidad):* | DATE *(Fecha):* |
|---|---|---|
| 9 | E-1210 | 10-27-22 |

## GRIEVANCE GUIDELINES AND SUMMARY OF COMPLAINT

**Your grieved issue must meet all criteria listed below in order to be assigned a control #, to be appealed and/or to exhaust remedies.**

The grieved issue is not one of the following non-grievable matters: Classification including designation of an individual as a security risk or protective custody individual, or decisions of the disciplinary hearings officer.

The grieved issue must have occurred within the last 15 calendar days unless the allegation is of sexual assault, sexual harassment, sexual abuse or voyeurism. If the grievance includes an allegation of sexual assault, sexual harassment, sexual abuse or voyeurism no time limits exist. If you believe an exception applies please see a CRW (Correctional Rehabilitation Worker).

The grieved issue must not be a repeat submission of a grievance collected within the last 15 calendar days.

The grieved issue must not be a repeat submission of a grievance that previously received a response and was appealed.

The grieved issue must not be a repeat submission of a grievance that previously received a response and you chose not to appeal the response within 15 calendar days

The grieved issue must not contain offensive or harassing language.

The grievance form must not contain more than one issue.

The grievance issue must not pertain to non-jail related concerns such as with arresting agencies, judicial matters, or medical staff at outlying hospitals, etc.

### Directrices de quejas y resumen de quejas

**El asunto de la queja tiene que satisfacer todo el criterio listado más abajo para obtener un número de control, para ser apelado y/o agotar todos los remedios posibles.**

El asunto de la queja no puede ser ninguno de los siguientes temas, que no se consideran quejas formales: Clasificación del preso incluyendo designación del preso. Tal como riesgo de seguridad o custodia de protección para los presos, o decisiones del oficial de audiencias disciplinarias para su individuo.

El asunto de la queja debe haber ocurrido dentro de los 15 días calendarios a menos que la acusación sea de asalto sexual, acoso sexual, abuso sexual o voyerismo. Si la queja incluye acusaciones de asalto sexual, acoso sexual, abuso sexual o voyerismo no existe tiempo de límite. Si usted cree que existe una excepción, consulte con un Trabajador de Rehabilitación Correccional (TRC/CRW).

El asunto de la queja no puede ser una repetición de una queja sometida en los últimos 15 días calendarios.

El asunto de la queja no puede ser una repetición de una queja previamente recibida y la cual ya ha recibido una respuesta y fue apelada.

El asunto de la queja no puede ser una repetición de una queja previamente reciba y la cual ya ha recibo una respuesta y usted recibía no someter una apelación sobre la decisión dada en los 15 días calendarios.

El asunto de la queja no puede contener lenguaje ofensivo o amenazante

La solitud de la queja no puede contener más de un asunto.

El asunto de la queja corresponde asuntos no relacionadas con la cárcel, como las agencias de arresto, los asuntos judiciales o el personal médico en los hospitales periféricos, etc.

| REQUIRED -<br>DATE OF INCIDENT<br>*(Fecha del Incidente)* | REQUIRED -<br>TIME OF INCIDENT<br>*(Hora del Incidente)* | REQUIRED -<br>SPECIFIC LOCATION OF INCIDENT<br>*(Lugar Específico del Incidente)* | REQUIRED -<br>NAME and/or IDENTIFIER(S) OF ACCUSED<br>*(Nombre y/o Identificación del Acusado)* |
|---|---|---|---|
| 10·26·22 | Day Shift 7am - 5pm | DIV-9 "slogr-action" | Super Intendent Martinez Lt. Lurella |

During the day shift on this written date + during their walk - through I went interviewed by Lt. Lurella because of knifeoves + colon) + Sgt. Gaus failed to protect me when my cellmate attempt to stab, which led to us fighting on 10·25·22 overnight watch (11pm - 7am) + I mentioned this incident to the Intendent Martinez as well. I'm tired. I m exhausted + I didn't sleep in 3 days due to 2 occastons, I detaines tried to attacked me due to not want to be upt the cell with me claiming

| NAME OF STAFF OR INDIVIDUAL IN CUSTODY HAVING INFORMATION REGARDING THIS COMPLAINT:<br>*(Nombre del personal o individuo que tengan información.)* | SIGNATURE of Individual in Custody : *(Individuo bajo custodia):* |
|---|---|
| | Vonsean T.C. |

SUPERINTENDENT/DIRECTOR/DESIGNEE OF A DIVISION/UNIT MUST REVIEW ALL GRIEVANCES ALLEGING STAFF USE OF FORCE, STAFF MISCONDUCT, AND EMERGENCY GRIEVANCES. IF THE IIC GRIEVANCE IS OF A SERIOUS NATURE, THE SUPERINTENDENT MUST INITIATE IMMEDIATE ACTION.

| CRW NAME (Print):<br>Mitchell (Jewell) | SIGNATURE: | DATE CRW RECIEVED:<br>11.4.22 |
|---|---|---|
| CRW NOTATION OF SENT EMAIL (Print): | | DATE EMAIL NOTIFICATION SENT: |

(FCN-88) ( AUG 22)     **(WHITE COPY** – IIC SERVICES DEPT.)     **(YELLOW COPY** – CRW)     **(PINK COPY** – INDIVIDUAL IN CUSTODY)

## COOK COUNTY SHERIFF'S OFFICE
*(Oficina del Alguacil del Condado de Cook)*
### INDIVIDUAL IN CUSTODY GRIEVANCE FORM
*(Formulario de Queja del Individuo bajo Custodi)*

| CONTROL # | Individual In Custody SHORT # |
|---|---|

**! THIS SECTION IS TO BE COMPLETED BY IIC SERVICES STAFF**   *(! Para ser llenado solo por el personal de IIC Services !)*

- ☐ Emergency Grievance
- ☐ Grievance
- ☐ Non-Compliant Grievance

- ☐ Cermak Health Services
- ☐ Superintendent: _____
- ☐ Other: _____

| PRINT - INDIVIDUAL IN CUSTODY LAST NAME *(Imprimir - Apellido del individuo):* | PRINT - FIRST NAME *(Imprimir - Primer nombre del individuo):* | BOOKING NUMBER *(# de identificación)* |
|---|---|---|
| Williams | Vonstian | 2021-1109025 |

| DIVISION *(División):* | LIVING UNIT *(Unidad):* | DATE *(Fecha):* |
|---|---|---|
| 9 | TC-1210 | 10-23-22 |

### GRIEVANCE GUIDELINES AND SUMMARY OF COMPLAINT

**Your grieved issue must meet all criteria listed below in order to be assigned a control #, to be appealed and/or to exhaust remedies.** The grieved issue is not one of the following non-grievable matters: Classification, including designation of an individual as a security risk or protective custody individual, or decisions of the disciplinary hearings officer.

The grieved issue must have occurred within the last 15 calendar days unless the allegation is of sexual assault, sexual harassment, sexual abuse or voyeurism. If the grievance includes an allegation of sexual assault, sexual harassment, sexual abuse or voyeurism no time limits exist. If you believe an exception applies please see a CRW (Correctional Rehabilitation Worker).

The grieved issue must not be a repeat submission of a grievance collected within the last 15 calendar days.

The grieved issue must not be a repeat submission of a grievance that previously received a response and was appealed.

The grieved issue must not be a repeat submission of a grievance that previously received a response and you chose not to appeal the response within 15 calendar days

The grieved issue must not contain offensive or harassing language.

The grievance form must not contain more than one issue.

The grievance issue must not pertain to non-jail related concerns such as with arresting agencies, judicial matters, or medical staff at outlying hospitals, etc.

### Directrices de quejas y resumen de quejas

**El asunto de la queja tiene que satisfacer todo el criterio listado más abajo para obtener un número de control, para ser apelado y/o agotar todos los remedios posibles.**

El asunto de la queja no puede ser ninguno de los siguientes temas, que no se consideran quejas formales: Clasificación del preso incluyendo designación del preso. Tal como riesgo de seguridad o custodia de protección para los presos, o decisiones del oficial de audiencias disciplinarias para los individuo.

El asunto de la queja debe haber ocurrido dentro de los 15 días calendarios a menos que la acusación sea de asalto sexual, acoso sexual, abuso sexual o voyerismo. Si la queja incluye acusaciones de asalto sexual, acoso sexual, abuso sexual o voyerismo no existe tiempo de límite. Si usted cree que existe una excepción, consulte con un Trabajador de Rehabilitación Correccional (TRC/CRW).

El asunto de la queja no puede ser una repetición de una queja sometida en los últimos 15 días calendarios.

El asunto de la queja no puede ser una repetición de una queja previamente recibida y la cual ya ha recibido una respuesta y fue apelada.

El asunto de la queja no puede ser una repetición de una queja previamente reciba y la cual ya ha recibo una respuesta y usted recibía no someter una apelación sobre la decisión dada en los 15 días calendarios.

El asunto de la queja no puede contener lenguaje ofensivo o amenazante

La solitud de la queja no puede contener más de un asunto.

El asunto de la queja corresponde asuntos no relacionadas con la cárcel, como las agencias de arresto, los asuntos judiciales o el personal médico en los hospitales periféricos, etc.

| REQUIRED - DATE OF INCIDENT *(Fecha del incidente)* | REQUIRED - TIME OF INCIDENT *(Hora del incidente)* | REQUIRED - SPECIFIC LOCATION OF INCIDENT *(Lugar Específico del Incidente)* | REQUIRED - NAME and/or IDENTIFIER(S) OF ACCUSED *(Nombre y/o Identificación del Acusado)* |
|---|---|---|---|
| 10-23-22 | ask staff (6:30-9:00) | Living/Rec Core - section -tier P1210 | C/o Jackson, C/o Sgt. Miller C/o DeAngelis, C/o Franklin III |

Not only I were placed in segregation from protective custody, I had complete out the protective custody form on, along with being on trusty housing about myself. I was pushed a detainee tho from general population on the tier with me after he stated he done attack me "because I was Puerto Rican or a gilly". They all said "they don't give a fuck" & I've been attacked/injured at by the detaine/c/o's maced me knowing my life is in danger & now that stating "I'm no longer protective custody"

| NAME OF STAFF OR INDIVIDUAL IN CUSTODY HAVING INFORMATION REGARDING THIS COMPLAINT: *(Nombre del personal o individuo que tengan información:)* | SIGNATURE of Individual in Custody: *(Individuo bajo custodia):* |
|---|---|
| | Vonstian |

**SUPERINTENDENT/DIRECTOR/DESIGNEE OF A DIVISION/UNIT MUST REVIEW AND SIGN ALL GRIEVANCES ALLEGING STAFF USE OF FORCE, STAFF MISCONDUCT, AND EMERGENCY GRIEVANCES. IF THE I.I.C. GRIEVANCE IS OF A SERIOUS NATURE, THE SUPERINTENDENT MUST INITIATE IMMEDIATE ACTION.**

| CRW NAME (Print): | SIGNATURE: | DATE CRW RECIEVED: |
|---|---|---|
| Mitchell (Jewell) | | 11-4-22 |

| SUPERINTENDENT/DIRECTOR/DESIGNEE (Print): | SIGNATURE: | DATE REVIEWED: |
|---|---|---|
| | | |

(FCN-58)(MAR 22)    **(WHITE COPY** – IIC SERVICES DEPT.)    **(YELLOW COPY** – CRW)    **(PINK COPY** – INDIVIDUAL IN CUSTODY)

**COUNTY SHERIFF'S OFFICE**
*(del Alguacil del Condado de Cook)*

**INDIVIDUAL IN CUSTODY GRIEVANCE RESPONSE/APPEAL FORM**
*(dividuo bajo custodia - formulario de respuesta/apelación de queja)*

| CONTROL NUMBER | Individual In Custody SHORT # |
|---|---|
| 2022X14747 | 694714 |

PRINT: CRW LAST NAME — Scott

## INFORMATION TO BE COMPLETED BY IIC SERVICES PERSONNEL ONLY

| Individual In Custody LAST NAME: | Individual In Custody FIRST NAME: | BOOKING ID # : |
|---|---|---|
| Williams | Vonsean | 2021109035 |

GRIEVANCE ISSUE AS DETERMINED BY CRW: 2210 · Misconduct (non-physical) by SWORN Staff

IMMEDIATE CRW RESPONSE (if applicable):

CRW/ REFERRED THIS GRIEVANCE TO ( *Example:* Superintendent, Cermak Health Services ): Supt. Div. 09

DATE REFERRED: 10 / 11 / 22

### RESPONSE BY PERSONNEL HANDLING REFERRAL

Unable to verify allegations. Grievance lack
information of time and day of incident.

| PERSONNEL RESPONDING TO GRIEVANCE (! Print !): | SIGNATURE: | DIV./DEPT. | DATE: |
|---|---|---|---|
| L Meli | | 9 | 12, 05, 22 |

**THIS SECTION IS TO BE COMPLETED BY INDIVIDUAL IN CUSTODY !** *(Esta sección debe ser completada por el individuo.)*

| INDIVIDUAL IN CUSTODY SIGNATURE (Firma del individuo bajo custodia.: | DATE RESPONSE WAS RECEIVED: (Fecha en que la respuesta fue recibida) |
|---|---|
| | / / 22 |

## INDIVIDUAL IN CUSTODY 'S REQUEST FOR AN APPEAL ( *Solicitud de apelación del individuo* )

• To exhaust administrative remedies, a grievance appeal must be made on this form and within 15 calendar days of the date the individual received the above notated response. An appeal must be filed in ALL circumstances in order to exhaust administrative remedies, regardless if the grieved issue(s) have been referred for further review and/or investigation. Any pending O.P.R. review or investigation, is NOT part of the grievance appeal process.

*Para agotar los recursos administrativos, las apelaciones de quejas se deben realizar en este formulario y dentro de los 15 días calendarios a partir de la fecha en que el individuo recibió la respuesta anotada anteriormente. Se debe presentar una apelación en TODAS las circunstancias a fin de agotar los recursos administrativos, independientemente si los asuntos de la queja han sido referidos para una revisión y/o investigación. Cualquier revisión o investigación pendiente de OPR NO es parte del proceso de apelación de quejas.)*

INDIVIDUAL IN CUSTODY BASIS FOR AN APPEAL: *(Base de apelación del individuo.)*
DATE OF APPEAL REQUEST: *(Fecha de la solicitud de la apelación.)* 10 / 21 / 22    9/ 10/21/22

I not only have the incident report to verify but
I even told I-A what happened that day.

**DIRECTOR'S/DESIGNEE'S ACCEPTANCE OF BASIS/REQUEST OF APPEAL?**
*(Aceptación del Director/Designado de la solicitud de apelación del individuo.)*    Yes    (No)

IIC SERVICES DIRECTOR/DESIGNEE'S DECISION OR RECOMMENDATION: *(Decisión o recomendación por parte del Director de Servicios de IIC / Designado.)*

2nd review completed. R/Dir unable to substantiate IIC claims

| IIC SERVICES DIRECTOR/DESIGNEE (Director de Servicios de IIC / Designado): | SIGNATURE (Firma): | DATE (Fecha): |
|---|---|---|
| J Mueller | | 11 / 4 / 22 |

*Appeal response and/or decision returned to IIC via inter-departmental mail, U.S. Mail or CRW delivery.*
*(Su respuesta de apelación y/o decisión será entregado al IIC por Correo interno del departamento, Correo de EE. UU. o del Trabajador Social (CRW).)*

DATE APPEAL RESPONSE/DECISION WAS FORWARDED:
*(Fecha en que se envió la respuesta/decisión de apelación.)*    NOV 8 2022

(FCN-89)(AUG 22)    (WHITE COPY – IIC SERVICES)    (YELLOW COPY – CRW)    (PINK COPY – INDIVIDUAL IN CUSTODY)

# COOK COUNTY SHERIFF'S OFFICE
*(Oficina Del Alguacil del Condado de Cook)*

## INDIVIDUAL IN CUSTODY GRIEVANCE RESPONSE/APPEAL FORM
*(Individuo bajo custodia - formulario de respuesta/apelación de queja)*

**CONTROL NUMBER** 2022X12209
Individual In Custody SHORT #: 094714

PRINT: CRW LAST NAME SCALES

### INFORMATION TO BE COMPLETED BY IIC SERVICES PERSONNEL ONLY

**Individual In Custody LAST NAME:** WILLIAMS
**Individual In Custody FIRST NAME:** VONSEAN
**BOOKING ID #:** 2021-1109025

**GRIEVANCE ISSUE AS DETERMINED BY CRW:** INMATE / INMATE PHYSICAL

**IMMEDIATE CRW RESPONSE (if applicable):**

**CRW/ REFERRED THIS GRIEVANCE TO (Example: Superintendent, Cermak Health Services):** 09 SUPT

**DATE REFERRED:** 8/18/22

### RESPONSE BY PERSONNEL HANDLING REFERRAL

DUE TO NATURE OF CLAIM, THIS GRIEVANCE WILL BE FORWARDED TO UIA VIA CIID
IIC SECURITS

**PERSONNEL RESPONDING TO GRIEVANCE (! Print !):** SUPT. Lorio #298
**SIGNATURE:** #298
**DIV./DEPT.** 9
**DATE:** 9/12/77

### THIS SECTION IS TO BE COMPLETED BY INDIVIDUAL IN CUSTODY ! *(Esta sección debe ser completada por el individuo.)*

**INDIVIDUAL IN CUSTODY SIGNATURE** *(Firma del individuo bajo custodia.:)* INSCall
**DATE RESPONSE WAS RECEIVED:** *(Fecha en que la respuesta fue recibida)* / /

## INDIVIDUAL IN CUSTODY 'S REQUEST FOR AN APPEAL *(Solicitud de apelación del individuo)*

TO BE COMPLETED BY INDIVIDUAL IN CUSTODY

- To exhaust administrative remedies, a grievance appeal must be made on this form and within 15 calendar days of the date the individual received the above notated response. An appeal must be filed in **ALL** circumstances in order to exhaust administrative remedies, regardless if the grieved issue(s) have been referred for further review and/or investigation. Any pending O.P.R. review or investigation, is **NOT** part of the grievance appeal process.
  *Para agotar los recursos administrativos, las apelaciones de quejas se deben realizar en este formulario y dentro de los 15 días calendarios a partir de la fecha en que el individuo recibió la respuesta anotada anteriormente. Se debe presentar una apelación en TODAS las circunstancias a fin de agotar los recursos administrativos, independientemente si los asuntos de la queja han sido referidos para una revisión y/o investigación. Cualquier revisión o investigación pendiente de OPR NO es parte del proceso de apelación de quejas.)*

**INDIVIDUAL IN CUSTODY BASIS FOR AN APPEAL:** *(Base de apelación del individuo.)*
**DATE OF APPEAL REQUEST:** *(Fecha de la solicitud de la apelación.)* 9/27/22

I got punished when I was defending myself from sexual harassment/assault

### DIRECTOR'S/DESIGNEE'S ACCEPTANCE OF BASIS/REQUEST OF APPEAL?
*(Aceptación del Director/Designado de la solicitud de apelación del individuo.)*
Yes / **No**

**IIC SERVICES DIRECTOR/DESIGNEE'S DECISION OR RECOMMENDATION:** *(Decisión o recomendación por parte del Director de Servicios de IIC / Designado.)*

R/D - Unable to Substantiate IIC claims - OPR, PREA CIID contacted IIC may choose to submit a Register Complaint to the OPR.

**IIC SERVICES DIRECTOR/DESIGNEE** *(Director de Servicios de IIC / Designado):* J.Mitchell
**SIGNATURE** *(Firma):*
**DATE** *(Fecha):* 9/30/22

### THIS SECTION IS TO BE COMPLETED BY INDIVIDUAL IN CUSTODY *(Esta sección debe ser completada por el individuo.)*

**INDIVIDUAL IN CUSTODY SIGNATURE** *(Firma del individuo.):* Delv Via COVID19
**DATE APPEAL RESPONSE WAS RECEIVED:** *(Fecha en que la respuesta fue recibida.)* OCT 5 2022 / /

(FCN-59)(MAR 22) **(WHITE COPY** – IIC SERVICES) **(YELLOW COPY** – CRW) **(PINK COPY** – INDIVIDUAL IN CUSTODY)

# ILLINOIS GENERAL AFFIDAVIT

STATE OF ILLINOIS

COUNTY OF _Cook_

I, the undersigned, being duly sworn, do hereby depose and say:

1. I am over the age of 18 and am a resident of the State of _Illinois_
   I have personal knowledge of the facts herein, and, if called as a witness, could
   testify competently thereto.

2. _I need all written copys of O-P-R forms that were completed by me "Vonsean K. Williams" on the date(s) of Nov. 2021 thru present day. All video recordings / audio recordings w/ I-A from March 2020 thru PRESENT DAY_

Under the penalties provided by Illinois law, the undersigned certifies that the statements
set forth in this instrument are true and correct.

Executed this ___25th___ day of _October_ , 20 _22_ in _Cook_
County, _Illinois (CCDOC)_

_Vonsean K. W_
AFFIANT

PRIORITY MAIL

NEOPOST
03/08/2023
US POSTAGE $009.80℠

ZIP 60608
041M11297257

Office Of The Clerk
Of The U.S District Court
~ Prisoner Correspondence ~
United States CourtHouse
219 S DEARBORN ST
20 TH Floor
CHICAGO, IL 60604

03/13/2023-4

**LEGAL MAIL**

Name: Norgean Williams
ID#: 2021-1109005 Tier: 1D-6613
Div.: 5
P.O. Box 089002
Chicago, IL 60608